BROWN, WEGNER & BERLINER LLP
William J. Brown, Jr. (SBN 192950)
bill@bwb-lawyers.com
Matthew K. Wegner (SBN 223062)
mwegner@bwb-lawyers.com
2603 Main Street, Suite 1050
Irvine, CA 92614
Tel: 949-705-0080
Fax: 949-794-4099

Attorneys for Defendant
MSI COMPUTER CORPORATION

# UNITED STATES DISTRICT COURT

# NOTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY ELECTRONIC, INC., HEWLETT-PACKARD COMPANY, ACER AMERICA CORPORATION, GATEWAY, INC., DELL, INC., ASUS COMPUTER INTERNATIONAL, LENOVO (UNITED STATES) INC., MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., VIEWSONIC CORPORATION, AND KOBO, INC. <br><br> **Defendants.** | CASE NO.: 11-CV-02226 SI <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL MARK C. HOWLAND, GUOPING DA AND YA-CHIAO CHANG; AND [PROPOSED] ORDER PERMITTING WITHDRAWAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 11-5(a), Mark C. Howland, Guoping Da, and Ya-Chiao Chang, all with the firm of Jones Day, who are current counsel for Defendant MSI COMPUTER CORPORATION INC. ("MSI"), hereby seek an Order from this Court allowing withdrawal as counsel for

1

MSI, but to remain on as counsel for Defendant VIEWSONIC CORPORATION. William J. Brown, Jr. and Matthew K. Wegner of Brown Wegner & Berliner, LLP, 2603 Main Street, Suite 1050, Irvine, CA 92614 will continue as counsel of record for Defendant MSI.

DATED: June 10, 2011     BROWN, WEGNER & BERLINER LLP

By: _William J. Brown, Jr._   (signature)
William J. Brown, Jr.
Matthew K. Wegner
Attorneys for: Defendant
MSI COMPUTER CORPORATION

DATED: June 10, 2011     JONES DAY

By: _Ya-Chiao Chang_   WJB w/permission
Ya-Chiao Chang
Attorney for: Defendant
MSI COMPUTER CORPORATION

DATED: June __, 2011     JONES DAY

By: _Mark C. Howland_   w/permission
Mark C. Howland
Attorney for: Defendant
MSI COMPUTER CORPORATION

///

///

2

CASE NO:11-CV-02226 SI
NOTICE OF WITHDRAWAL OF COUNSEL MARK C. HOWLAND, GUOPING DA AND YA-CHIAO CHANG AND [PROPOSED] ORDER PERMITTING WITHDRAWAL

| | |
|---|---|
| 1 | DATED: June 10, 2011         JONES DAY |
| 2 | |
| 3 | |
| 4 | By: /s/ Guoping Da w/permission |
|   | Guoping Da |
| 5 | Attorney for: Defendant |
|   | MSI COMPUTER CORPORATION |

3

CASE NO:11-CV-02226 SI
NOTICE OF WITHDRAWAL OF COUNSEL MARK C. HOWLAND, GUOPING DA AND YA-CHIAO CHANG
AND [PROPOSED] ORDER PERMITTING WITHDRAWAL

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Mark C. Howland, Guoping Da, and Ya-Chiao Chang each are hereby withdrawn as counsels of record for Defendant MSI COMPUTER CORPORATION. The current attorneys of record for Defendant MSI COMPUTER CORPORATION shall be William J. Brown Jr. and Matthew K. Wegner of Brown Wegner Berliner LLP. It is also ordered that counsel Mark C. Howland, Guioping Da, and Ya-Chiao Chang shall continue to be counsel of record for Defendant VIEWSONIC CORPORATION.

IT IS SO ORDERED.

DATED: ___7/25/11_____

By: _____/s/ Susan Illston_____
Judge Hon. Susan Illston
United States District Court Judge

4

CASE NO:11-CV-02226 SI
NOTICE OF WITHDRAWAL OF COUNSEL MARK C. HOWLAND, GUOPING DA AND YA-CHIAO CHANG AND [PROPOSED] ORDER PERMITTING WITHDRAWAL

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deed to have consented to electronic service of documents are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rules

/s/ William J. Brown Jr.

5

CASE NO: 11-CV-02226 SI
NOTICE OF WITHDRAWAL OF COUNSEL MARK C. HOWLAND, GUOPING DA AND YA-CHIAO CHANG AND [PROPOSED] ORDER PERMITTING WITHDRAWAL