Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (Texas State Bar No. 00792457)
Bradley D. Coburn (Texas State Bar No. 24036377)
Steven J. Lauff (Texas State Bar No. 24013011)
DENKO COBURN & LAUFF LLP
816 Congress, Suite 1205
Austin, TX 78701
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
          coburn@dcllegal.com
          lauff@dcllegal.com

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | Case No.: 11-CV-2226 SI |
|           **Plaintiff,** | |
| vs. | |
| **SONY ELECTRONICS, INC., HEWLETT-PACKARD COMPANY, ACER AMERICA CORPORATION, GATEWAY, INC., DELL, INC., ASUS COMPUTER INTERNATIONAL, LENOVO (UNITED STATES) INC., MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., VIEWSONIC CORPORATION, AND KOBO INC.,** | **STIPULATION OF DISMISSAL OF VIEWSONIC CORPORATION** |
|           **Defendants.** | |

STIPULATION OF DISMISSAL OF VIEWSONIC CORP
Case No.: 11-CV-2226 SI

Positive Technologies, Inc. ("Positive") and ViewSonic Corporation ("ViewSonic"), through their respective undersigned counsel, hereby stipulate and agree that their respective claims against each other be, and hereby are, dismissed as set forth below with each side to bear its own costs and expenses, including attorney fees. Positive's Complaint and action with regard to the remaining defendants remains in effect unless and until specifically dismissed.

Positive and Viewsonic hereby stipulate and agree that Positive's claims against Viewsonic are hereby dismissed **without prejudice** with respect to Viewsonic products that include any display, screen, and/or panel made by or obtained from either Chunghwa Picture Tubes, Ltd.—including any of its successors, parent entities, or subsidiaries—or Hannstar Display Corporation—including any of its successors, parent entities, or subsidiaries.

Positive and Viewsonic hereby stipulate and agree that Positive's claims against Viewsonic are hereby dismissed **with prejudice** with respect to Viewsonic products that do not include any display, screen, and/or panel made by or obtained from either Chunghwa Picture Tubes, Ltd.—including any of its successors, parent entities, or subsidiaries—or Hannstar Display Corporation—including any of its successors, parent entities, or subsidiaries.

Positive and Viewsonic hereby stipulate and agree that Viewsonic's counterclaims against Positive are hereby dismissed without prejudice.

[INTENTIONALLY LEFT BLANK]

1  Dated:  June 1, 2011

2  Respectfully Submitted,

3  /s/ J. Scott Denko                              /s/ Ya-Chiao Chang
   Perry R. Clark                                 Mark C. Howland
4  LAW OFFICES OF PERRY R. CLARK    (Texas State Bar No. 24027240)
   825 San Antonio Road                         mchowland@jonesday.com
5  Palo Alto, CA 94303                             Guoping Da
   Telephone: (650) 248-5817                (Texas State Bar No. 24067561)
6  Facsimile: (650) 618-8533                 gda@jonesday.com
   Email: perry@perryclarklaw.com       JONES DAY
7                                              2727 North Harwood Street
   J. Scott Denko                                    Dallas, Texas 75201-1515
8  (Texas State Bar No. 00792457)         Telephone: 214-220-3939
   Bradley D. Coburn                            Facsimile: 214-969-5100
9  (Texas State Bar No. 24036377)
   Steven J. Lauff                                   Ya-Chiao Chang
10 (Texas State Bar No. 24013011)        (Texas State Bar No. 24070992)
   DENKO COBURN & LAUFF LLP        ychang@jonesday.com
11 816 Congress, Suite 1205                     JONES DAY
   Austin, TX 78701                                8th Floor
12 Telephone: (512) 906-2074                2 Tun Hwa South Road, Section 2
   Facsimile: (512) 906-2075                 Taipei, 106 Taiwan
13 Email: denko@dcllegal.com             Telephone: 011-886-2-7712-3233
   coburn@dcllegal.com                        Facsimile: 011-886-2-2704-6791
14 lauff@dcllegal.com

                                               **ATTORNEYS FOR DEFENDANT**
15 R. James George, Jr.                           **VIEWSONIC CORPORATION**
   (Texas State Bar No. 07810000)
16 GEORGE & BROTHERS LLP
   1100 Norwood Tower
17 114 W. 7th Street
   Austin, Texas 78701
18 Telephone: (512) 495-1400
   Facsimile: (512) 499- 0094
19 Email: rjgeorge@georgeandbrothers.com

20 **ATTORNEYS FOR PLAINTIFF**
   **POSITIVE TECHNOLOGIES, INC.**
21

22

23

24

STIPULATION OF DISMISSAL OF VIEWSONIC CORP
Case No.: 11-CV-2226 SI                             2

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2  Dated this __10th__ day of __August__, 2011

3

4  _____
   Susan Illston
5  United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATION OF DISMISSAL OF VIEWSONIC CORP
Case No.: 11-CV-2226 SI                 3