Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
Steven J. Lauff (Texas State Bar No. 24013011) (*Pro Hac Vice*)
DENKO COBURN & LAUFF LLP
816 Congress Ave., Suite 1205
Austin, TX 78701
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
       coburn@dcllegal.com
       lauff@dcllegal.com

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,**<br>            **Plaintiff,**<br><br>    vs.<br><br>**SONY ELECTRONICS, INC., HEWLETT-PACKARD COMPANY, ACER AMERICA CORPORATION, GATEWAY, INC., DELL, INC., ASUS COMPUTER INTERNATIONAL, LENOVO (UNITED STATES) INC., MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., VIEWSONIC CORPORATION, AND KOBO INC.,**<br><br>            **Defendants.** | **Case No.: 11-CV-2226 SI**<br><br>**STIPULATION OF DISMISSAL OF HEWLETT-PACKARD COMPANY** |

1  Plaintiff Positive Technologies, Inc. ("Positive") and Defendant Hewlett-Packard

2  Company ("HP"), by and through their respective undersigned attorneys hereby stipulate that

3  their respective claims against each other be, and hereby are, dismissed with prejudice with each

4  side to bear its own costs and expenses, including attorneys fees.  This stipulation does not

5  affect the rights or claims of Positive against any other defendant or intervenor in this litigation.

6  Positive's complaint and this action with regard to the remaining defendants and intervenor

7  remain in effect unless and until specifically dismissed.

8  Dated: August 11, 2011

9  Respectfully Submitted,

10    /s/ Steven R. Daniels          /s/ J. Scott Denko
W. Bryan Farney     Perry R. Clark
11  (Texas State Bar No. 006826600)     LAW OFFICES OF PERRY R. CLARK
Steven R. Daniels     825 San Antonio Road
12  (California State Bar No. 235398)     Palo Alto, CA 94303
FARNEY DANIELS LLP     Telephone: (650) 248-5817
13  800 S. Austin Ave., Suite 200     Facsimile: (650) 618-8533
Georgetown, Texas 78626-5845     Email: perry@perryclarklaw.com
14  Telephone: (512) 582-2828
Facsimile:  (512) 582-2829     J. Scott Denko
15  Email: bfarney@farneydaniels.com     (Texas State Bar No. 00792457)
       sdaniels@farneydaniels.com     Bradley D. Coburn
16      (Texas State Bar No. 24036377)
**ATTORNEYS FOR DEFENDANT**     Steven J. Lauff
17  **HEWLETT-PACKARD COMPANY**     (Texas State Bar No. 24013011)
    DENKO COBURN & LAUFF LLP
18      816 Congress Ave., Suite 1205
    Austin, TX 78701
19      Telephone: (512) 906-2074
    Facsimile: (512) 906-2075
20      Email: denko@dcllegal.com
    coburn@dcllegal.com
21      lauff@dcllegal.com

22      R. James George, Jr.
    (Texas State Bar No. 07810000)
23      GEORGE & BROTHERS LLP
    1100 Norwood Tower
24

ORDER DISMISSING HEWLETT-PACKARD CO.
Case No.: 11-CV-2226 SI

|   |   |
|---|---|
| 1 | 114 W. 7th Street |
| 2 | Austin, Texas 78701<br>Telephone: (512) 495-1400 |
| 3 | Facsimile: (512) 499- 0094<br>Email: rjgeorge@georgeandbrothers.com |
| 4 | **ATTORNEYS FOR PLAINTIFF** |
| 5 | **POSITIVE TECHNOLOGIES, INC.** |

6  PURSUANT TO STIPULATION, IT IS SO ORDERED

7  Dated this 19th day of August, 2011

8

9

10  _____
    Hon. Susan Illston
    United States District Judge

ORDER DISMISSING HEWLETT-PACKARD CO.
Case No.: 11-CV-2226 SI