1   J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
    Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
2   Steven J. Lauff (Texas State Bar No. 24013011) (*Pro Hac Vice*)
    DENKO COBURN & LAUFF LLP
3   816 Congress, Suite 1205
    Austin, TX 78701
4   Telephone: (512) 906-2074
    Facsimile: (512) 906-2075
5   Email: denko@dcllegal.com
          coburn@dcllegal.com
6         lauff@dcllegal.com

7   Perry R. Clark (California Bar No. 197101)
    LAW OFFICES OF PERRY R. CLARK
8   825 San Antonio Road
    Palo Alto, CA 94303
9   Telephone: (650) 248-5817
    Facsimile: (650) 618-8533
10  Email: perry@perryclarklaw.com

11  *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

12  Counsel for Plaintiff
    POSITIVE TECHNOLOGIES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | Case No.: 11-CV-2226 SI |
|         **Plaintiff,** | |
| vs. | |
| **SONY ELECTRONICS, INC., ACER AMERICA CORPORATION, GATEWAY, INC., DELL, INC., ASUS COMPUTER INTERNATIONAL, LENOVO (UNITED STATES) INC., MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC.,** | **STIPULATION OF DISMISSAL OF LENOVO (UNITED STATES) INC.** |
|         **Defendants.** | |

| | |
|---|---|
| **and** | ) |
| | ) |
| **CHUNGHWA PICTURE TUBES, LTD.,** | ) |
| | ) |
|       **Intervenor.** | ) |

Plaintiff Positive Technologies, Inc. ("Positive") and Defendant Lenovo (United States) Inc., as identified in the Litigation, and Lenovo Technology (United Kingdom) Limited, Lenovo Group Limited, Lenovo (Singapore) PTE, Ltd., and their subsidiaries and parents, domestic and foreign, and Affiliates (collectively, "Lenovo"), by their respective undersigned attorneys hereby stipulate that their respective claims against each other be, and hereby are, dismissed with prejudice with each side to bear its own costs and expenses including attorneys fees.

This stipulation does not affect the rights or claims of Positive against any other defendant or intervenor in this litigation. Positive's complaint and this action with regard to the remaining defendants and intervenor remain in effect unless and until specifically dismissed.

Dated: September 29, 2011

Respectfully submitted,

| | |
|---|---|
|  /s/Jennifer A. Trusso  |  /s/J. Scott Denko  |
| Jennifer A. Trusso | J. Scott Denko (*Pro Hac Vice*) |
| (California Bar No. 198579) | (Texas State Bar No. 00792457) |
| Ryan Lindsey | Bradley D. Coburn (*Pro Hac Vice*) |
| (California Bar No. 235073) | (Texas State Bar No. 24036377) |
| SHEPPARD, MULLIN, RICHTER & | Steven J. Lauff (*Pro Hac Vice*) |
| HAMPTON LLP - Costa Mesa | (Texas State Bar No. 24013011) |
| 650 Town Center Drive | DENKO COBURN & LAUFF LLP |
| Fourth Floor | 816 Congress, Suite 1205 |
| Costa Mesa, CA 92626 | Austin, TX 78701 |
| 714-513-5100 | Telephone: (512) 906-2074 |
| Fax: 714-513-5130 | Facsimile: (512) 906-2075 |
| jtrusso@sheppardmullin.com | Email: denko@dcllegal.com |
| rlindsey@sheppardmullin.com | coburn@dcllegal.com |
| | lauff@dcllegal.com |
| **ATTORNEYS FOR LENOVO (UNITED STATES) INC.** | |
| | Perry R. Clark |
| | (California Bar No. 197101) |
| | LAW OFFICES OF PERRY R. CLARK |

825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

R. James George, Jr. (*Pro Hac Vice*)
(Texas State Bar No. 07810000)
GEORGE & BROTHERS LLP
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499- 0094
Email:  rjgeorge@georgeandbrothers.com

**ATTORNEYS FOR PLAINTIFF
POSITIVE TECHNOLOGIES, INC.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated this __29__ day of __Sept_____, 2011

_____
Hon. Susan Illston
United States District Judge

STIPULATION OF DISMISSAL OF LENOVO
Case No.: 11-CV-2226 SI