Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (*Pro Hac Vice*) (Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*) (Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*) (Texas State Bar No. 24013011)
DENKO COBURN & LAUFF LLP
816 Congress Ave., Suite 1205
Austin, TX 78701
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email:  denko@dcllegal.com
        coburn@dcllegal.com
        lauff@dcllegal.com

Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

Kevin P.B. Johnson (Bar No. 177129)
Email: kevinjohnson@quinnemanuel.com
Anna M. Ison (Bar No. 254173)
Email: annaison@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

David Nelson
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, IL
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
davenelson@quinnemanuel.com

James M. Glass
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jimglass@quinnemanuel.com

Attorneys for Defendant
SONY ELECTRONICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,**<br><br>              **Plaintiff,**<br><br>     vs.<br><br>**SONY ELECTRONICS, INC., ACER AMERICA CORPORATION, GATEWAY, INC., DELL, INC., ASUS COMPUTER INTERNATIONAL, , MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC.,  AND KOBO INC.,**<br><br>              **Defendants,**<br>**and**<br><br>**CHUNGHWA PICTURE TUBES, LTD.,**<br><br>              **Intervenor.** | **Case No.: 11-CV-2226 SI**<br><br>**STIPULATION TO EXTEND DEADLINE FOR SERVICE OF SONY'S INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENTS AND [PROPOSED] ORDER** |

Defendant Sony Electronics, Inc. ("Sony") and Plaintiff Positive Technologies Inc. ("PTI") hereby stipulate and agree to extend the date for Sony to serve its Invalidity Contentions and document production accompanying their Invalidity Contentions pursuant to N.D. California Patent Local Rules 3-3 and 3-4 by four business days from the Court ordered deadline of October 24, 2011 [Dkt. No. 209 entered September 9, 2011] to October 28, 2011.

PTI timely served its Disclosure of Asserted Claims Infringement Contentions by U.S. Mail.  Service by U.S. Mail resulted in varying dates of receipt by Defendants.  In light of the differing dates of receipt, Plaintiff offered to extend the date for Sony to serve its Invalidity Contentions and document production accompanying their Invalidity Contentions by four business days, provided that Sony's service is made by FedEx for Monday October 31, 2011 10:00 am delivery.

This extension will have no effect upon any of the other deadlines or the case schedule.

Dated:  October 25, 2011

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF POSITIVE TECHNOLOGIES, INC.

_____/s/ Perry Clark_____
 Perry R. Clark

LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (*Pro Hac Vice*)
(Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*)
(Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*)
(Texas State Bar No. 24013011)
DENKO COBURN & LAUFF LLP
816 Congress, Suite 1205
Austin, TX 78701
Telephone: (512) 906-2074

Facsimile: (512) 906-2075
Email: denko@dcllegal.com
coburn@dcllegal.com
lauff@dcllegal.com

R. James George, Jr. (*Pro Hac Vice*)
(Texas State Bar No. 07810000)
GEORGE & BROTHERS LLP
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499- 0094
Email:  rjgeorge@georgeandbrothers.com

ATTORNEYS FOR DEFENDANT SONY ELECTRONICS, INC.

　　　　*/s/ Kevin P.B. Johnson*
Kevin P.B. Johnson (Bar No. 177129)
Email: kevinjohnson@quinnemanuel.com
Anna M. Ison (Bar No. 254173)
Email: annaison@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

David Nelson
Quinn Emanuel Urquhart & Sullivan, LLP
500 West Madison St., Suite 2450
Chicago, IL
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
davenelson@quinnemanuel.com

James M. Glass
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
jimglass@quinnemanuel.com

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: __10/25_____, 2011

                                              *Susan Illston*
                                              _____

**CERTIFICATION BY ANNA M. ISON PURSUANT TO GENERAL RULE. NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the state of California, and an associate in the law firm of Quinn Emanuel Urquhart & Sullivan LLP, counsel for defendant Sony Electronics, Inc. The statements herein are made on my personal knowledge and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of October, 2011, at Redwood Shores, California.

*/s/ Anna M. Ison*

Anna M. Ison