Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (*Pro Hac Vice*) (Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*) (Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*) (Texas State Bar No. 24013011)
DENKO COBURN & LAUFF LLP
816 Congress Ave., Suite 1205
Austin, TX 78701
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
       coburn@dcllegal.com
       lauff@dcllegal.com

Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

Thomas M. Dunham (*pro hac vice*)
Thomas.Dunham@novakdruce.com
J. Michael Woods (*pro hac vice*)
Michael.woods@novakdruce.com
NOVAK DRUCE + QUIGG LLP
300 New Jersey Avenue
Fifth Floor
Washington, DC  20001
Telephone:  (202) 659-0100
Facsimile:   (202) 659-0105

Stephanie R. Wood (State Bar No. 242572)
stephanie.wood@novakdruce.com
NOVAK DRUCE + QUIGG LLP
555 Mission Street
Thirty-Fourth Floor
San Francisco, CA  94105
Telephone:  (415) 814-6161
Facsimile:   (415) 814-6165

Attorneys for Defendant
DELL INC.

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,**<br>   **Plaintiff,**<br><br>   vs.<br><br>SONY ELECTRONICS, INC., ACER AMERICA CORPORATION, GATEWAY, INC., DELL, INC., ASUS COMPUTER INTERNATIONAL, MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC.,<br><br>   **Defendants,** | Case No.: 11-CV-2226 SI<br><br>**STIPULATION TO EXTEND DEADLINE FOR SERVICE OF DEFENDANTS' INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENTS AND [PROPOSED] ORDER** |

|   |   |
|---|---|
| and | ) |
|   | ) |
| **CHUNGHWA PICTURE TUBES, LTD.,** | ) |
|   | ) |
| Intervenor. | ) |

Defendants Sony Electronics, Inc., Acer America Corporation, Gateway, Inc., Dell Inc., ASUS Computer International, MSI Computer Corporation, Amazon.com, Inc., Barnes & Noble, Inc., Kobo Inc., and Intervenor Chunghwa Picture Tubes, Ltd. (cumulatively "Defendants") and Plaintiff Positive Technologies Inc. ("PTI") hereby stipulate and agree to extend the date for Defendants to serve their Invalidity Contentions and document production accompanying their Invalidity Contentions pursuant to N.D. California Patent Local Rules 3-3 and 3-4 by two business days from the Court ordered deadline of October 24, 2011 [Dkt. No. 209 entered September 9, 2011] to October 26, 2011.

PTI timely served its Disclosure of Asserted Claims Infringement Contentions by U.S. Mail. Service by U.S. Mail resulted in varying dates of receipt by Defendants. In light of the differing dates of receipt, Plaintiff offered to extend the date for Defendants to serve their Invalidity Contentions and document production accompanying their Invalidity Contentions by two business days.

This is the first extension to the Court's Scheduling Order Dkt. No. 209 sought by the parties. This extension will have no effect upon any of the other deadlines or the case schedule.

Dated: October 24, 2011

                                          Respectfully Submitted,

                                          ATTORNEYS FOR PLAINTIFF POSITIVE TECHNOLOGIES, INC.

                                          */s/ Perry Clark*
                                          Perry R. Clark
                                          LAW OFFICES OF PERRY R. CLARK
                                          825 San Antonio Road

Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (*Pro Hac Vice*)
(Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*)
(Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*)
(Texas State Bar No. 24013011)
DENKO COBURN & LAUFF LLP
816 Congress, Suite 1205
Austin, TX 78701
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
coburn@dcllegal.com
lauff@dcllegal.com

R. James George, Jr. (*Pro Hac Vice*)
(Texas State Bar No. 07810000)
GEORGE & BROTHERS LLP
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499- 0094
Email: rjgeorge@georgeandbrothers.com


ATTORNEYS FOR DEFENDANT SONY ELECTRONICS, INC.

　　　*/s/ Kevin P.B. Johnson*
Kevin P.B. Johnson
Jim Glass
QUINN EMANUEL URQUHART & SULLIVAN
555 Twin Dolphin Drive
5th Fl
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com
　　　jimglass@quinnemanuel.com

STIPULATION TO EXTEND DEADLINE FOR SERVICE OF DEFENDANTS' INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENTS AND [PROPOSED] ORDER
Case No.: 11-CV-2226 SI　　　3

ATTORNEYS FOR DEFENDANT ACER AMERICA CORPORATION

_____*/s/ Kevin Jones*_____
Kevin Jones
Qudus Olaniran
FREITAS, TSENG, BAIK & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065
(650) 593-6300
Fax: 650-593-6301
Email: kjones@ftbklaw.com
qolaniran@ftbklaw.com

ATTORNEYS FOR DEFENDANT GATEWAY, INC.

_____*/s/ Kevin Jones*_____
Kevin Jones
Qudus Olaniran
FREITAS, TSENG, BAIK & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065
(650) 593-6300
Fax: 650-593-6301
Email: kjones@ftbklaw.com
qolaniran@ftbklaw.com

ATTORNEYS FOR DEFENDANT DELL, INC.

_____*/s/ Thomas M. Dunham*_____
Thomas M. Dunham (pro hac vice)
Thomas.Dunham@novakdruce.com
J. Michael Woods (pro hac vice)
Michael.woods@novakdruce.com
NOVAK DRUCE + QUIGG LLP
300 New Jersey Avenue
Fifth Floor
Washington, DC  20001
Telephone:  (202) 659-0100
Facsimile:   (202) 659-0105

STIPULATION TO EXTEND DEADLINE FOR SERVICE OF DEFENDANTS' INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENTS AND [PROPOSED] ORDER
Case No.: 11-CV-2226 SI                4

ATTORNEYS FOR DEFENDANT ASUS COMPUTER INTERNATIONAL

   /s/ Karen I. Boyd
Karen I. Boyd
Joshua M. Masur
Steven W. Flanders
TURNER BOYD LLP
2570 W El Camino Real
Suite 380
Mountain View, CA 94306
Telephone: 650 521 5930
Fax: 650 521 5931
Email: boyd@turnerboyd.com
         masur@turnerboyd.com
         flanders@turnerboyd.com

ATTORNEYS FOR DEFENDANT MSI COMPUTER CORPORATION

  /S/ William James Brown , Jr
William James Brown , Jr
Janet S. Park
BROWN WEGNER BERLINER
2603 Main Street
Suite 1050
Irvine, CA 92614
949-705-0080
Fax: 949-749-4099
Email: bill@bwb-lawyers.com
         jpark@bwb-lawyers.com

ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.

      /s/ Stephen J. Joncus
Stephen J. Joncus
John D. Vandenberg
Philip Warrick
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Telephone: 503-595-5300

STIPULATION TO EXTEND DEADLINE FOR SERVICE OF DEFENDANTS' INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENTS AND [PROPOSED] ORDER
Case No.: 11-CV-2226 SI                    5

Facsimile: 503-595-5301
Email: stephen.joncus@klarquist.com
      john.vandenberg@klarquist.com
      philip.warrick@klarquist.com

Edward C. Duckers
Craig A. Carnes, jr.
STOEL RIVES LLP
555 Montgomery Street, Suite 1288
San Francisco, CA 94111
Telephone: (415) 617-8900
Facsimile : (415) 617-8907
Email: ecduckers@stoel.com
      cacarnes@stoel.com

ATTORNEYS FOR DEFENDANT BARNES & NOBLE, INC.

    */s/ Krista Marie Carter*
Krista Marie Carter
Christopher Hu
DICKSTEIN SHAPIRO
700 Hansen Way
Palo Alto, CA 94304
650-632-4327
Email: carterk@dicksteinshapiro.com
      huc@dicksteinshapiro.com

ATTORNEYS FOR DEFENDANT KOBO INC.

    */s/ Robert Thomas Haslam , III*
Robert Thomas Haslam , III
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 632-4702
Fax: (650) 632-4800
Email: rhaslam@cov.com

Bhanu K Sadasivan
COVINGTON AND BURLING LLP
333 Twin Dolphin Dr.
Suite 700
Redwood Shores, CA 94065

STIPULATION TO EXTEND DEADLINE FOR SERVICE OF DEFENDANTS' INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENTS AND [PROPOSED] ORDER
Case No.: 11-CV-2226 SI     6

```
                                        650-632-4712
                                        Email: bsadasivan@cov.com


                                        ATTORNEYS FOR INTERVENOR
                                        CHUNGWA PICTURE TUBES, LTD.

                                            /s/ Steven M. Levitan
                                        James M. Godner
                                        Russ Emerson
                                        Steven M. Levitan
                                        HAYNES AND BOONE, LLP
                                        2033 Gateway Place, Suite 300
                                        San Jose, California 95110
                                        Telephone: (408) 660-4120
                                        Facsimile: (408) 660-4121
                                        jason.godner@haynesboone.com
                                        russ.emrson@haynesboone.com
                                        steve.levitan@haynesboone.com
```

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  ___10/26_____, 2011

                                        *Susan Illston*
                                        _____

STIPULATION TO EXTEND DEADLINE FOR SERVICE OF DEFENDANTS' INVALIDITY CONTENTIONS
AND ACCOMPANYING DOCUMENTS AND [PROPOSED] ORDER
Case No.: 11-CV-2226 SI                              7

## CERTIFICATION BY STEPHANIE WOOD PURSUANT TO GENERAL RULE. NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1. I am an attorney licensed to practice law in the state of California, and an associate in the law firm of Novak Druce + Quigg LLP, counsel for defendant Dell Inc. The statements herein are made on my personal knowledge and if called as a witness I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 24th day of October 2011, at San Francisco, California.

/s/ Stephanie R. Wood
Stephanie R. Wood (State Bar No. 242572)

STIPULATION TO EXTEND DEADLINE FOR SERVICE OF DEFENDANTS' INVALIDITY CONTENTIONS AND ACCOMPANYING DOCUMENTS AND [PROPOSED] ORDER
Case No.: 11-CV-2226 SI             8