| | |
|---|---|
| Perry R. Clark<br>California Bar No. 197101<br>LAW OFFICES OF PERRY R. CLARK<br>825 San Antonio Road<br>Palo Alto, CA 94303<br>Tel: 650/248-5817<br>Fax: 650/618-8533<br>perry@perryclarklaw.com<br><br>J. Scott Denko, *pro hac vice*<br>Texas State Bar No. 00792457<br>Bradley D. Coburn, *pro hac vice*<br>Texas State Bar No. 24036377<br>Steven J. Lauff, *pro hac vice*<br>Texas State Bar No.24013011<br>DENKO COBURN LAUFF LLP<br>1501 S MoPac Expy; Ste. A315<br>Austin, Texas 78746<br>Tel: 512/906-2074<br>Fax: 512/906/2075<br>denko@dcllegal.com<br>coburn@dcllegal.com<br>lauff@dclegal.com<br><br>**COUNSEL FOR PLAINTIFF**<br>**POSITIVE TECHNOLOGIES, INC.** | John R. Emerson *pro hac vice*<br>Texas State Bar No. 24002053<br>russ.emerson@haynesboone.com<br>Donald E. Tiller, *pro hac vice*<br>Texas State Bar No. 24066197<br>don.tiller@haynesboone.com<br>Travis E. DeArman, *pro hac vice*<br>Texas State Bar No. 24074117<br>travis.dearman@haynesboone.com<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue; Suite 700<br>Dallas, Texas 75219<br>Tel: (214) 651-5000<br>Fax: (214) 651-5940<br><br>Steven M. Levitan (CA Bar No. 148716)<br>steve.levitan@haynesboone.com<br>Jason M. Gonder (CA Bar No. 257522)<br>jason.gonder@haynesboone<br>HAYNES AND BOONE, LLP<br>2033 Gateway Place, Suite 300<br>San Jose, California 95110<br>Tel: (408) 660-4120<br>Fax: (408) 660-4121<br><br>**COUNSEL FOR INTERVENOR,**<br>**CHUNGHWA PICTURE TUBES, LTD.**<br><br>*ADDITIONAL COUNSEL LISTED ON*<br>*SIGNATURE PAGE* |

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC.,<br><br>    Plaintiff<br><br>    v.<br><br>SONY ELECTRONICS, INC., ACER AMERICA CORPORATION, GATEWAY, INC., DELL INC., ASUS COMPUTER INTERNATIONAL, MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC.,<br><br>    Defendants,<br><br>and<br><br>CHUNGHWA PICTURE TUBES, LTD.,<br><br>    Intervenor. | CIVIL ACTION NO. 11-cv-2226 SI<br><br>**STIPULATION TO EXTEND THE DEADLINES FOR THE EXCHANGE OF PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION, THE EXCHANGE OF PRELIMINARY CONSTRUCTIONS AND EXTRINSIC EVIDENCE, AND THE DISCLOSURE OF CLAIM CONSTRUCTION EXPERT WITNESSES AND [PROPOSED] ORDER** |

1    Intervenor Chunghwa Picture Tubes, Ltd. (CPT), with the defendants named in this
2 action (collectively the "Defendants"), and Plaintiff Positive Technologies, Inc. ("Positive")
3 hereby stipulate and agree to extend the deadlines for:

- The Exchange of Proposed Terms and Claim Elements for Construction pursuant to N.D. California Patent Local Rule 4-1 by fourteen days from the Court Ordered deadline of November 7, 2011 [Dkt. No. 209] to November 21, 2011;
- The Exchange of Preliminary Claim Constructions and Extrinsic Evidence pursuant to N.D. California Patent Local Rule 4-2 by fourteen days from the Court Ordered deadline of December 5, 2011 [Dkt. No. 209] to December 19, 2011; and
- The Disclosure of Claim Construction Expert Witnesses by fourteen days from the Court Ordered deadline of December 5, 2011 [Dkt. No. 209] to December 19, 2011.

The extension will have no other effect on the case schedule.

Dated:  November 7, 2011

Respectfully submitted,

**ATTORNEYS FOR PLAINTIFF POSITIVE TECHNOLOGIES, INC**.
/s/_____
Perry R. Clark
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (Pro Hac Vice)
(Texas State Bar No. 00792457)
Bradley D. Coburn (Pro Hac Vice)
(Texas State Bar No. 24036377)
Steven J. Lauff (Pro Hac Vice)
(Texas State Bar No. 24013011)
DENKO COBURN LAUFF LLP
1501 S MoPac Expy; Ste. A315
Austin, Texas 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
coburn@dcllegal.com
lauff@dcllegal.com

**ATTORNEYS FOR INTERVENOR CHUNGWA PICTURE TUBES, LTD.**
/s/_____
Steven M. Levitan (CA 148716)
steve.levitan@haynesboone.com
Jason M. Gonder (CA 257522)
jason.gonder@haynesboone.com
HAYNES AND BOONE, LLP
2033 Gateway Place, Suite 300
San Jose, California 95110
Tel: (408) 660-4120
Fax: (408) 660-4121

John R. Emerson *pro hac vice*
Texas State Bar No. 24002053
russ.emerson@haynesboone.com
Donald E. Tiller, *pro hac vice*
Texas State Bar No. 24066197
don.tiller@haynesboone.com
Travis E. DeArman, *pro hac vice*
Texas State Bar No. 24074117
travis.dearman@haynesboone.com
HAYNES AND BOONE, LLP
2323 Victory Avenue; Suite 700
Dallas, Texas 75219
Tel: (214) 651-5000
Fax: (214) 651-5940

STIPULATION TO EXTEND DEADLINES
CASE NO.: 11-CV-2226 SI

1  R. James George, Jr. (Pro Hac Vice)
   (Texas State Bar No. 07810000)
2  GEORGE & BROTHERS LLP
   1100 Norwood Tower
3  114 W. 7th Street
   Austin, Texas 78701
4  Telephone: (512) 495-1400
   Facsimile: (512) 499- 0094
5  Email: rjgeorge@georgeandbrothers.com

6  **ATTORNEYS FOR DEFENDANT SONY ELECTRONICS, INC.**
7  /s/_____
   Kevin P.B. Johnson
8  Jim Glass
   QUINN EMANUEL URQUHART & SULLIVAN
9  555 Twin Dolphin Drive, 5th Fl
10 Redwood Shores, CA 94065
   Tel: 650-801-5000
11 Fax: 650-801-5100
   Email: kevinjohnson@quinnemanuel.com
12 jimglass@quinnemanuel.com

**ATTORNEYS FOR DEFENDANT ACER AMERICA CORPORATION**
/s/_____
Kevin Jones
Qudus Olaniran
FREITAS, TSENG, BAIK & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Tel: (650) 593-6300
Fax: 650-593-6301
Email: kjones@ftbklaw.com
qolaniran@ftbklaw.com

13 **ATTORNEYS FOR DEFENDANT GATEWAY, INC.**
14 /s/_____
   Kevin Jones
15 Qudus Olaniran
   FREITAS, TSENG, BAIK & KAUFMAN LLP
16 100 Marine Parkway, Suite 200
17 Redwood City, CA 94065
   (650) 593-6300
18 Fax: 650-593-6301
   Email: kjones@ftbklaw.com
19 qolaniran@ftbklaw.com

**ATTORNEYS FOR DEFENDANT DELL, INC.**
/s/_____
Thomas M. Dunham (pro hac vice)
Thomas.Dunham@novakdruce.com
J. Michael Woods (pro hac vice)
Michael.woods@novakdruce.com
NOVAK DRUCE + QUIGG LLP
300 New Jersey Avenue,
Fifth Floor
Washington, DC 20001
Telephone: (202) 659-0100
Facsimile: (202) 659-0105

20 **ATTORNEYS FOR DEFENDANT ASUS COMPUTER INTERNATIONAL**
21 /s/_____
   Karen I. Boyd
22 Joshua M. Masur
   Steven W. Flanders
23 TURNER BOYD LLP
   2570 W El Camino Real, Suite 380
24 Mountain View, CA 94306
   Tel: 650 521 5930
25 Fax: 650 521 5931
   Email: boyd@turnerboyd.com
26 masur@turnerboyd.com
   flanders@turnerboyd.com

**ATTORNEYS FOR DEFENDANT MSI COMPUTER CORPORATION**
/s/_____
William James Brown , Jr
Janet S. Park
BROWN WEGNER BERLINER
2603 Main Street
Suite 1050
Irvine, CA 92614
Tel: 949-705-0080
Fax: 949-749-4099
Email: bill@bwb-lawyers.com
jpark@bwb-lawyers.com

27
28

| | |
|---|---|
| **ATTORNEYS FOR DEFENDANT AMAZON.COM, INC**.<br>/s/_____<br>Stephen J. Joncus<br>John D. Vandenberg<br>Philip Warrick<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR 97204-2988<br>Telephone: 503-595-5300<br>Facsimile: 503-595-5301<br>Email: stephen.joncus@klarquist.com<br>john.vandenberg@klarquist.com<br>philip.warrick@klarquist.com<br><br>Edward C. Duckers<br>Craig A. Carnes, jr.<br>STOEL RIVES LLP<br>555 Montgomery Street, Suite 1288<br>San Francisco, CA 94111<br>Telephone: (415) 617-8900<br>Facsimile : (415) 617-8907<br>Email: ecduckers@stoel.com<br>cacarnes@stoel.com | **ATTORNEYS FOR DEFENDANT BARNES & NOBLE, INC.**<br>/s/_____<br>Krista Marie Carter<br>Christopher Hu<br>DICKSTEIN SHAPIRO<br>700 Hansen Way<br>Palo Alto, CA 94304<br>Tel: 650-632-4327<br>Email: carterk@dicksteinshapiro.com<br>huc@dicksteinshapiro.com<br><br>**ATTORNEYS FOR DEFENDANT KOBO INC.**<br>/s/_____<br>Robert T. Haslam<br>rhaslam@cov.com<br>Bhanu K. Sadasivan<br>bsadasivan@cov.com<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Tel:  (650) 632-4702<br>Fax: (650) 632-4800 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____11/7_____, 2011

_____
Susan Illston

**CERTIFICATION PURSUANT TO G.O. 45(X)(B)**

I, John R. Emerson, attest that the above identified signatories have concurred in the filing of this document.

Dated: November 7, 2011                    */s/ John R. Emerson*
                                            JOHN R. EMERSON