| | |
|---|---|
| Perry R. Clark (CA Bar No. 197101)<br>LAW OFFICES OF PERRY R. CLARK<br>825 San Antonio Road<br>Palo Alto, CA 94303<br>Tel:  650/248-5817<br>Fax:  650/618-8533<br>perry@perryclarklaw.com<br><br>J. Scott Denko, *pro hac vice*<br>Texas State Bar No. 00792457<br>Bradley D. Coburn, *pro hac vice*<br>Texas State Bar No. 24036377<br>Steven J. Lauff,  *pro hac vice*<br>Texas State Bar No.24013011<br>DENKO COBURN LAUFF LLP<br>1501 S MoPac Expy; Ste. A315<br>Austin, Texas 78746Tel:  512/906-2074<br>Fax:  512/906/2075<br>denko@dcllegal.com<br>coburn@dcllegal.com<br>lauff@dclegal.com<br><br>**COUNSEL FOR PLAINTIFF**<br>**POSITIVE TECHNOLOGIES, INC.** | John R. Emerson *pro hac vice*<br>TX Bar No. 24002053<br>russ.emerson@haynesboone.com<br>Donald E. Tiller, *pro hac vice*<br>Texas State Bar No. 24066197<br>don.tiller@haynesboone.com<br>Travis E. DeArman, *pro hac vice*<br>Texas State Bar No. 24074117<br>travis.dearman@haynesboone.com<br>HAYNES AND BOONE, LLP<br>2323 Victory Avenue; Suite 700<br>Dallas, Texas 75219<br>Tel: 214/651-5000<br>Fax: 214/651-5940<br><br>Steven M. Levitan (CA Bar No. 148716)<br>steve.levitan@haynesboone.com<br>Jason M. Gonder (CA Bar No. 257522)<br>jason.gonder@haynesboone<br>HAYNES AND BOONE, LLP<br>2033 Gateway Place, Suite 300<br>San Jose, California 95110<br>Tel: 408/660-4120<br>Fax: 408/660-4121<br><br>**COUNSEL FOR INTERVENOR,**<br>**CHUNGHWA PICTURE TUBES, LTD.**<br><br>*ADDITIONAL COUNSEL LISTED ON*<br>*SIGNATURE PAGE* |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC.,<br><br>         Plaintiff<br><br>      v.<br><br>SONY ELECTRONICS, INC., ACER AMERICA CORPORATION, GATEWAY, INC., DELL INC., ASUS COMPUTER INTERNATIONAL, MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC.,<br><br>         Defendants,<br><br>      and<br><br>CHUNGHWA PICTURE TUBES, LTD.,<br><br>         Intervenor. | CIVIL ACTION NO. 11-cv-2226 SI<br><br>STIPULATION TO EXTEND THE DEADLINES FOR COMPLIANCE WITH PATENT LOCAL RULES 4-2 AND 4-3 AND FOR THE EXCHANGE OF EXPERT DECLARATIONS FOR CLAIM CONSTRUCTION AND [~~PROPOSED~~] ORDER |

1  Intervenor Chunghwa Picture Tubes, Ltd. (CPT), with the defendants named in this
2  action (collectively the "Defendants"), and Plaintiff Positive Technologies, Inc. ("Positive")
3  hereby stipulate and agree to extend the deadlines for:

- The Exchange of Preliminary Claim Constructions and Extrinsic Evidence pursuant to N.D. California Patent Local Rule 4-2 (except expert evidence) by sixteen days from the Court-ordered deadline of December 19, 2011 [Dkt. No. 223] to January 4, 2012; and

- The Filing of the Joint Claim Construction and Pre-Hearing Statement pursuant to N.D. California Patent Local Rule 4-3 by ten days from the Court-ordered deadline of January 9, 2012 [Dkt. No. 209] to January 19, 2012.

The parties shall exchange their respective expert declarations on January 9, 2012.

The extensions will have no other effect on the case schedule.

Dated: December 19, 2011                    Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF POSITIVE TECHNOLOGIES, INC. | ATTORNEYS FOR INTERVENOR CHUNGWA PICTURE TUBES, LTD. |
|---|---|
| /s/_____<br>Perry R. Clark<br>LAW OFFICES OF PERRY R. CLARK<br>825 San Antonio Road<br>Palo Alto, CA 94303<br>Telephone: (650) 248-5817<br>Facsimile: (650) 618-8533<br>Email: perry@perryclarklaw.com<br><br>J. Scott Denko (Pro Hac Vice)<br>(Texas State Bar No. 00792457)<br>Bradley D. Coburn (Pro Hac Vice)<br>(Texas State Bar No. 24036377)<br>Steven J. Lauff (Pro Hac Vice)<br>(Texas State Bar No. 24013011)<br>DENKO COBURN LAUFF LLP<br>1501 S MoPac Expy; Ste. A315<br>Austin, Texas 78746<br>Telephone: (512) 906-2074 | /s/_____<br>Steven M. Levitan (CA Bar No. 148716)<br>steve.levitan@haynesboone.com<br>Jason M. Gonder (CA Bar No. No. 257522)<br>jason.gonder@haynesboone<br>HAYNES AND BOONE, LLP<br>2033 Gateway Place, Suite 300<br>San Jose, California 95110<br>Tel: 408/660-4120<br>Fax: 408/660-4121<br><br>John R. Emerson *pro hac vice*<br>Texas State Bar No. 24002053<br>russ.emerson@haynesboone.com<br>Donald E. Tiller, *pro hac vice*<br>Texas State Bar No. 24066197<br>don.tiller@haynesboone.com<br>Travis E. DeArman, *pro hac vice*<br>Texas State Bar No. 24074117 |

| | | |
|---|---|---|
| 1 | Facsimile: (512) 906-2075 | travis.dearman@haynesboone.com |
| 2 | Email: denko@dcllegal.com | HAYNES AND BOONE, LLP |
| | coburn@dcllegal.com | 2323 Victory Avenue; Suite 700 |
| 3 | lauff@dcllegal.com | Dallas, Texas 75219 |
| | | Tel: 214/651-5000 |
| 4 | | Fax: 214/651-5940 |
| | R. James George, Jr. (Pro Hac Vice) | |
| 5 | (Texas State Bar No. 07810000) | |
| | GEORGE & BROTHERS LLP | |
| 6 | 1100 Norwood Tower | |
| | 114 W. 7th Street | |
| 7 | Austin, Texas 78701 | |
| | Telephone: (512) 495-1400 | |
| 8 | Facsimile: (512) 499- 0094 | |
| 9 | Email: rjgeorge@georgeandbrothers.com | |

ATTORNEYS FOR DEFENDANT SONY ELECTRONICS, INC.

/s/_____
Kevin P.B. Johnson
Jim Glass
QUINN EMANUEL URQUHART & SULLIVAN
555 Twin Dolphin Drive, 5th Fl
Redwood Shores, CA 94065
Tel: 650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com
jimglass@quinnemanuel.com

ATTORNEYS FOR DEFENDANT GATEWAY, INC.

/s/_____
Kevin Jones
Qudus Olaniran
FREITAS, TSENG, BAIK & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Tel: (650) 593-6300
Fax: 650-593-6301
Email: kjones@ftbklaw.com
qolaniran@ftbklaw.com

ATTORNEYS FOR DEFENDANT ACER AMERICA CORPORATION

/s/_____
Kevin Jones
Qudus Olaniran
FREITAS, TSENG, BAIK & KAUFMAN LLP
100 Marine Parkway, Suite 200
Redwood City, CA 94065
Tel: (650) 593-6300
Fax: 650-593-6301
Email: kjones@ftbklaw.com
qolaniran@ftbklaw.com

ATTORNEYS FOR DEFENDANT DELL, INC.

/s/_____
Thomas M. Dunham (pro hac vice)
Thomas.Dunham@novakdruce.com
J. Michael Woods (pro hac vice)
Michael.woods@novakdruce.com
NOVAK DRUCE + QUIGG LLP
300 New Jersey Avenue, Fifth Floor
Washington, DC 20001
Telephone: (202) 659-0100
Facsimile: (202) 659-0105

| | |
|---|---|
| ATTORNEYS FOR DEFENDANT ASUS COMPUTER INTERNATIONAL | ATTORNEYS FOR DEFENDANT MSI COMPUTER CORPORATION |
| /s/_____<br>Karen I. Boyd<br>Joshua M. Masur<br>Steven W. Flanders<br>TURNER BOYD LLP<br>2570 W El Camino Real, Suite 380<br>Mountain View, CA 94306<br>Telephone: 650 521 5930<br>Fax: 650 521 5931<br>Email: boyd@turnerboyd.com<br>masur@turnerboyd.com<br>flanders@turnerboyd.com | /s/_____<br>William James Brown , Jr<br>Janet S. Park<br>BROWN WEGNER BERLINER<br>2603 Main Street, Suite 1050<br>Irvine, CA 92614<br>949-705-0080<br>Fax: 949-749-4099<br>Email: bill@bwb-lawyers.com<br>jpark@bwb-lawyers.com |
| ATTORNEYS FOR DEFENDANT AMAZON.COM, INC. | ATTORNEYS FOR DEFENDANT BARNES & NOBLE, INC. |
| /s/_____<br>Stephen J. Joncus<br>John D. Vandenberg<br>Philip Warrick<br>KLARQUIST SPARKMAN, LLP<br>121 S.W. Salmon Street, Suite 1600<br>Portland, OR 97204-2988<br>Telephone: 503-595-5300<br>Facsimile: 503-595-5301<br>Email: stephen.joncus@klarquist.com<br>john.vandenberg@klarquist.com<br>philip.warrick@klarquist.com<br><br>Edward C. Duckers<br>Craig A. Carnes, jr.<br>STOEL RIVES LLP<br>555 Montgomery Street, Suite 1288<br>San Francisco, CA 94111<br>Telephone: (415) 617-8900<br>Facsimile : (415) 617-8907<br>Email: ecduckers@stoel.com<br>cacarnes@stoel.com | /s/_____<br>Steven Hemminger<br>Palani Rathinasamy<br>Celine Liu<br>ALSTON & BIRD LLP<br>275 Middlefield Road, Suite 150<br>Menlo Park, CA 94025-4008<br>650-838-2000<br>Fax: 650-838-2001 |
| ATTORNEYS FOR DEFENDANT KOBO INC.<br><br>/s/_____<br>Robert T Haslam , III | |

|   |   |
|---|---|
| 1 | Bhanu K Sadasivan |
| 2 | COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065 |
| 3 | (650) 632-4700<br>Fax: (650) 632-4800 |
| 4 | Email: rhaslam@cov.com |
| 5 | bsadasivan@cov.com |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/23/11

*Susan Illston* (signature)

## CERTIFICATION PURSUANT TO G.O. 45(X)(B)

I, John R. Emerson, attest that the above identified signatories have concurred in the filing of this document.

Dated: December 19, 2011                                              /S/_____