1  J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
   Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
2  Steven J. Lauff (Texas State Bar No. 24013011) (*Pro Hac Vice*)
   DENKO COBURN & LAUFF LLP
3  1501 S. MoPac Expy., Suite A315
   Austin, TX 78746
4  Telephone: (512) 906-2074
   Facsimile: (512) 906-2075
5  Email: denko@dcllegal.com
          coburn@dcllegal.com
6         lauff@dcllegal.com

7  Perry R. Clark (California Bar No. 197101)
   LAW OFFICES OF PERRY R. CLARK
8  825 San Antonio Road
   Palo Alto, CA 94303
9  Telephone: (650) 248-5817
   Facsimile: (650) 618-8533
10 Email: perry@perryclarklaw.com

11 *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

12 Counsel for Plaintiff
   POSITIVE TECHNOLOGIES, INC.
13

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | Case No.: 11-CV-2226 SI |
| **Plaintiff,** | |
| vs. | |
| **SONY ELECTRONICS, INC., ACER AMERICA CORPORATION, GATEWAY, INC., DELL, INC., ASUS COMPUTER INTERNATIONAL, MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC.,** | **STIPULATION OF DISMISSAL OF GATEWAY, INC.** |
| **Defendants,** | |
| and | |
| **CHUNGHWA PICTURE TUBES, LTD.,** | |
| **Intervenor.** | |

1  Plaintiff Positive Technologies, Inc. ("Positive") and Defendant Gateway, Inc. and its
2  Affiliates ("Gateway"), by their respective undersigned attorneys hereby stipulate that their
3  respective claims against each other be, and hereby are, dismissed with prejudice with each side
4  to bear its own costs and expenses including attorneys fees.

5  This stipulation does not affect the rights or claims of Positive against any other
6  defendant or intervenor in this litigation.  Positive's complaint and this action with regard to the
7  remaining defendants and intervenor remain in effect unless and until specifically dismissed.

8  Dated:  January 3, 2012

9  Respectfully submitted,

10  /s/Kevin Jones
KEVIN C. JONES (SBN 240205)
11  QUDUS B. OLANIRAN (SBN 267838)
FREITAS, TSENG, BAIK &
12    KAUFMAN LLP
100 Marine Parkway, Suite 200
13  Redwood Shores, California 94065
Telephone: (650) 593-6300
14  Facsimile: (650) 593-6301
Email:  kjones@ftbklaw.com
15  qolaniran@ftbklaw.com

16  **ATTORNEYS FOR GATEWAY, INC.**

/s/J. Scott Denko
J. Scott Denko (*Pro Hac Vice*)
(Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*)
(Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*)
(Texas State Bar No. 24013011)
DENKO COBURN & LAUFF LLP
1501 S. MoPac Expy., Suite A315
Austin, TX 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email:  denko@dcllegal.com
coburn@dcllegal.com
17  lauff@dcllegal.com

18  Perry R. Clark
(California Bar No. 197101)
19  LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
20  Palo Alto, CA 94303
Telephone: (650) 248-5817
21  Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com
22
R. James George, Jr. (*Pro Hac Vice*)
23  (Texas State Bar No. 07810000)
GEORGE & BROTHERS LLP
24  1100 Norwood Tower

STIPULATION OF DISMISSAL OF GATEWAY
Case No.: 11-CV-2226 SI

114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499- 0094
Email: rjgeorge@georgeandbrothers.com

**ATTORNEYS FOR PLAINTIFF
POSITIVE TECHNOLOGIES, INC.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated this __4th__ day of __January__, 2012

_____
Hon. Susan Illston
United States District Judge

STIPULATION OF DISMISSAL OF GATEWAY
Case No.: 11-CV-2226 SI