1  J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
   Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
2  Steven J. Lauff (Texas State Bar No. 24013011) (*Pro Hac Vice*)
   DENKO COBURN & LAUFF LLP
3  1501 S. MoPac Expy., Suite A315
   Austin, TX 78746
4  Telephone: (512) 906-2074
   Facsimile: (512) 906-2075
5  Email: denko@dcllegal.com
           coburn@dcllegal.com
6          lauff@dcllegal.com

7  Perry R. Clark (California Bar No. 197101)
   LAW OFFICES OF PERRY R. CLARK
8  825 San Antonio Road
   Palo Alto, CA 94303
9  Telephone: (650) 248-5817
   Facsimile: (650) 618-8533
10 Email: perry@perryclarklaw.com

11 *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

12 Counsel for Plaintiff
   POSITIVE TECHNOLOGIES, INC.
13

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | Case No.: 11-CV-2226 SI |
| Plaintiff, | |
| vs. | |
| **SONY ELECTRONICS, INC., ACER AMERICA CORPORATION, GATEWAY, INC., DELL, INC., ASUS COMPUTER INTERNATIONAL, MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC.,** | **STIPULATION OF DISMISSAL OF ACER AMERICA CORPORATION** |
| Defendants, | |
| and | |
| **CHUNGHWA PICTURE TUBES, LTD.,** | |
| Intervenor. | |

1  Plaintiff Positive Technologies, Inc. ("Positive") and Defendant Acer America

2  Corporation and its Affiliates ("Acer"), by their respective undersigned attorneys hereby

3  stipulate that their respective claims against each other be, and hereby are, dismissed with

4  prejudice with each side to bear its own costs and expenses including attorneys fees.

5  This stipulation does not affect the rights or claims of Positive against any other

6  defendant or intervenor in this litigation.  Positive's complaint and this action with regard to the

7  remaining defendants and intervenor remain in effect unless and until specifically dismissed.

8  Dated:  January 3, 2012

9  Respectfully submitted,

10    /s/Kevin Jones                                                          /s/J. Scott Denko

| KEVIN C. JONES (SBN 240205) | J. Scott Denko (*Pro Hac Vice*) |
| QUDUS B. OLANIRAN (SBN 267838) | (Texas State Bar No. 00792457) |
| FREITAS, TSENG, BAIK & | Bradley D. Coburn (*Pro Hac Vice*) |
|   KAUFMAN LLP | (Texas State Bar No. 24036377) |
| 100 Marine Parkway, Suite 200 | Steven J. Lauff (*Pro Hac Vice*) |
| Redwood Shores, California 94065 | (Texas State Bar No. 24013011) |
| Telephone: (650) 593-6300 | DENKO COBURN & LAUFF LLP |
| Facsimile: (650) 593-6301 | 1501 S. MoPac Expy., Suite A315 |
| Email:  kjones@ftbklaw.com | Austin, TX 78746 |
| qolaniran@ftbklaw.com | Telephone: (512) 906-2074 |
|  | Facsimile: (512) 906-2075 |
| **ATTORNEYS FOR ACER AMERICA CORPORATION** | Email:  denko@dcllegal.com |
|  | coburn@dcllegal.com |
|  | lauff@dcllegal.com |

Perry R. Clark
(California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

R. James George, Jr. (*Pro Hac Vice*)
(Texas State Bar No. 07810000)
GEORGE & BROTHERS LLP
1100 Norwood Tower

1
2
3

114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499- 0094
Email: rjgeorge@georgeandbrothers.com

4
5

**ATTORNEYS FOR PLAINTIFF
POSITIVE TECHNOLOGIES, INC.**

6   PURSUANT TO STIPULATION, IT IS SO ORDERED

7   Dated this ____4th____ day of ____January____, 2012

8
9
10

_____
Hon. Susan Illston
United States District Judge

11
12
13
14
15
16
17
18
19
20
21
22
23
24

STIPULATION OF DISMISSAL OF ACER
Case No.: 11-CV-2226 SI