Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (*Pro Hac Vice*) (Texas State Bar
No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*) (Texas
State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*) (Texas State
Bar No. 24013011)
DENKO COBURN  LAUFF LLP
1501 South MoPac Expressway, No. A315
Austin, TX 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
        coburn@dcllegal.com
        lauff@dcllegal.com

Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

Thomas M. Dunham (*pro hac vice*)
Thomas.Dunham@novakdruce.com
J. Michael Woods (*pro hac vice*)
Michael.woods@novakdruce.com
NOVAK DRUCE + QUIGG LLP
300 New Jersey Avenue
Fifth Floor
Washington, DC  20001
Telephone:  (202) 659-0100
Facsimile:  (202) 659-0105

Stephanie R. Wood (State Bar No. 242572)
stephanie.wood@novakdruce.com
NOVAK DRUCE + QUIGG LLP
555 Mission Street
Thirty-Fourth Floor
San Francisco, CA  94105
Telephone:   (415) 814-6161
Facsimile:   (415) 814-6165

Attorneys for Defendant
DELL INC.

*ADDITIONAL COUNSEL LISTED ON
SIGNATURE PAGE*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **SONY ELECTRONICS, INC., ACER** ) <br> **AMERICA CORPORATION, GATEWAY,** ) <br> **INC., DELL INC., ASUS COMPUTER** ) <br> **INTERNATIONAL, MSI COMPUTER** ) <br> **CORPORATION, AMAZON.COM, INC.,** ) <br> **BARNES & NOBLE, INC.,  AND KOBO** ) <br> **INC.,** ) <br> ) <br> **Defendants,** ) | **Case No.: 11-CV-2226 SI** <br><br> **STIPULATION REGARDING USAGE OF CLAIM CONSTRUCTION EXPERTS AND CONFIDENTIALITY OF EXPERT DRAFTS AND COMMUNICATIONS AND [~~PROPOSED~~] ORDER** |

| | |
|---|---|
| | ) |
| | ) |
| **and** | ) |
| | ) |
| **CHUNGHWA PICTURE TUBES, LTD.,** | ) |
| | ) |
| Intervenor. | ) |

Defendants Sony Electronics, Inc., Dell Inc., ASUS Computer International, MSI Computer Corporation, Amazon.com, Inc., Barnes & Noble, Inc., Kobo Inc., and Intervenor Chunghwa Picture Tubes, Ltd. (cumulatively "Defendants") and Plaintiff Positive Technologies Inc. ("PTI") hereby stipulate and agree that our claim construction experts shall provide opinion testimony in the form of expert declarations in lieu of providing live testimony at the Court's May 31, 2012 *Markman* hearing.

The parties further stipulate and agree to confidentiality regarding testifying experts including claim construction experts that provide testimony in the form of declarations.  Specifically, the parties agree that any communications with testifying experts and any draft declarations and reports are not discoverable in accordance with Fed. Rule Civ. Proc. 26 except, and only, to the extent that they (i) relate to compensation for the expert's study or testimony, or (ii) identify facts or data that the party's attorney provided and that the expert considered in forming the opinions to be expressed.  In an effort to avoid future disputes as to the meaning of what constitutes an "assumption", the parties further agree Fed. Rule Civ. Proc. 26(b)(4)(C)(iii) shall not be in effect and communications that "identify assumptions that the party's attorney provided and that the expert relied on in forming the opinions to be expressed" shall also be regarded as protected, non-discoverable work product.

This stipulation affirms, and in certain respects expands, the scope of protection provided for in Fed. Rule Civ. Proc. 26(b)(4)(B)-(C), and nothing herein is intended to, or shall be construed to, in any way limit the protection provided for in Fed. Rule Civ. Proc. 26(b)(4)(B)-(C).

Dated:  January 5, 2012

Respectfully submitted,

1

2 ATTORNEYS FOR PLAINTIFF POSITIVE
TECHNOLOGIES, INC.

3

4 _____/s/ Perry Clark_____
Perry R. Clark

5 LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road

6 Palo Alto, CA 94303
Telephone: (650) 248-5817

7 Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

8

9 J. Scott Denko (*Pro Hac Vice*)
(Texas State Bar No. 00792457)

10 Bradley D. Coburn (*Pro Hac Vice*)
(Texas State Bar No. 24036377)

11 Steven J. Lauff (*Pro Hac Vice*)
(Texas State Bar No. 24013011)

12 DENKO COBURN  LAUFF LLP
1501 South MoPac Expressway, No. A315

13 Austin, TX 78746
Telephone: (512) 906-2074

14 Facsimile: (512) 906-2075
Email: denko@dcllegal.com

15 coburn@dcllegal.com
lauff@dcllegal.com

16

17

18 ATTORNEYS FOR DEFENDANT SONY
ELECTRONICS, INC.

19

20 _____/s/ Kevin P.B. Johnson_____
Kevin P.B. Johnson

21 Jim Glass
QUINN EMANUEL URQUHART &

22 SULLIVAN
555 Twin Dolphin Drive

23 5th Fl
Redwood Shores, CA 94065

24 650-801-5000
Fax: 650-801-5100

25 Email: kevinjohnson@quinnemanuel.com
jimglass@quinnemanuel.com

26

27

28 STIPULATION REGARDING USAGE OF CLAIM CONSTRUCTION EXPERTS AND CONFIDENTIALITY OF
EXPERT DRAFTS AND COMMUNICATIONS
AND [PROPOSED] ORDER
Case No.: 11-CV-2226 SI                    3

1

2

3      ATTORNEYS FOR DEFENDANT DELL, INC.

4              /s/ Thomas M. Dunham

5      Thomas M. Dunham (pro hac vice)
       Thomas.Dunham@novakdruce.com

6      J. Michael Woods (pro hac vice)
       Michael.woods@novakdruce.com

7      NOVAK DRUCE + QUIGG LLP

8      300 New Jersey Avenue
       Fifth Floor

9      Washington, DC  20001
       Telephone:  (202) 659-0100

10     Facsimile:   (202) 659-0105

11     Stephanie R. Wood

12     Stephanie.Wood@novakdruce.com
       NOVAK DRUCE + QUIGG LLP

13     555 Mission St
       Thirty Fourth Floor

14     San Francisco, CA 94105
       Telephone:  (415) 814-6161

15     Facsimile:   (415) 814-6165

16

17     ATTORNEYS FOR DEFENDANT ASUS

18     COMPUTER INTERNATIONAL

19             /s/ Karen I. Boyd

20     Karen I. Boyd
       Joshua M. Masur

21     Steven W. Flanders
       TURNER BOYD LLP

22     2570 W El Camino Real
       Suite 380

23     Mountain View, CA 94306
       Telephone: 650 521 5930

24     Fax: 650 521 5931
       Email: boyd@turnerboyd.com

25            masur@turnerboyd.com

26            flanders@turnerboyd.com

27

28     STIPULATION REGARDING USAGE OF CLAIM CONSTRUCTION EXPERTS AND CONFIDENTIALITY OF
       EXPERT DRAFTS AND COMMUNICATIONS
       AND [PROPOSED] ORDER
       Case No.: 11-CV-2226 SI                    4

1

2     ATTORNEYS   FOR   DEFENDANT   MSI
     COMPUTER CORPORATION

3

4      /S/ *William James Brown, Jr*
     William James Brown, Jr

5     Janet S. Park
     BROWN WEGNER & BERLINER LLP

6     2603 Main Street
     Suite 1050

7     Irvine, CA 92614
     949-705-0080

8     Fax: 949-749-4099
     Email: bill@bwb-lawyers.com

9             jpark@bwb-lawyers.com

10

11    ATTORNEYS    FOR    DEFENDANT
    AMAZON.COM, INC.

12

13      /s/ *Stephen J. Joncus*
    Stephen J. Joncus

14    John D. Vandenberg
    Philip Warrick

15    KLARQUIST SPARKMAN, LLP
    121 S.W. Salmon Street, Suite 1600

16    Portland, OR 97204-2988
    Telephone: 503-595-5300

17    Facsimile: 503-595-5301
    Email: stephen.joncus@klarquist.com

18           john.vandenberg@klarquist.com

19           philip.warrick@klarquist.com

20    Edward C. Duckers

21    Craig A. Carnes, jr.
    STOEL RIVES LLP

22    555 Montgomery Street, Suite 1288
    San Francisco, CA 94111

23    Telephone: (415) 617-8900
    Facsimile : (415) 617-8907

24    Email: ecduckers@stoel.com
           cacarnes@stoel.com

25

26

27

28   STIPULATION REGARDING USAGE OF CLAIM CONSTRUCTION EXPERTS AND CONFIDENTIALITY OF
     EXPERT DRAFTS AND COMMUNICATIONS
     AND [PROPOSED] ORDER
     Case No.: 11-CV-2226 SI          5

ATTORNEYS FOR DEFENDANT BARNES & NOBLE, INC.


*/s/ William H. Baker*
William H. Baker
ALSTON & BIRD LLP
90 Park Avenue
New York, NY  10016-1387
Telephone: (212) 210-9400
Facsimile: (212) 210-9444
Email: bill.baker@alston.com

Steven D. Hemminger
Jennifer Liu
Palani P. Rathinasamy
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA  94025
Telephone: (650) 838-2000
Facsimile: (650) 838-2001
Email: steve.hemminger@alston.com
         celine.liu@alston.com
         palani.rathinasamy@alston.com


ATTORNEYS FOR DEFENDANT KOBO INC.

*/s/ Robert Thomas Haslam , III*
Robert Thomas Haslam , III
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 632-4702
Fax: (650) 632-4800
Email: rhaslam@cov.com

Bhanu K Sadasivan
COVINGTON AND BURLING LLP
333 Twin Dolphin Dr.
Suite 700
Redwood Shores, CA 94065
650-632-4712

STIPULATION REGARDING USAGE OF CLAIM CONSTRUCTION EXPERTS AND CONFIDENTIALITY OF
EXPERT DRAFTS AND COMMUNICATIONS
AND [PROPOSED] ORDER
Case No.: 11-CV-2226 SI                              6

1    Email: bsadasivan@cov.com

2    ATTORNEYS       FOR        INTERVENOR
3    CHUNGWA PICTURE TUBES, LTD.

4              /s/ Steven M. Levitan
     James M. Godner
5    Russ Emerson
     Steven M. Levitan
6    HAYNES AND BOONE, LLP
7    2033 Gateway Place, Suite 300
     San Jose, California 95110
8    Telephone: (408) 660-4120
     Facsimile: (408) 660-4121
9    jason.godner@haynesboone.com
     russ.emrson@haynesboone.com
10   steve.levitan@haynesboone.com

11

12

13

14   PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16   Dated: ___1/6_____, 2012

17

18

19

20   the court anticipates that declarations relating to claim construction will be filed openly, not
     under seal"

21

22

23

24

25

26

27

28   STIPULATION REGARDING USAGE OF CLAIM CONSTRUCTION EXPERTS AND CONFIDENTIALITY OF
     EXPERT DRAFTS AND COMMUNICATIONS
     AND [PROPOSED] ORDER
     Case No.: 11-CV-2226 SI                    7

## CERTIFICATION BY STEPHANIE WOOD PURSUANT TO GENERAL RULE. NO. 45, SECTION X, RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES

1.      I am an attorney licensed to practice law in the states of California and Texas, and an associate in the law firm of Novak Druce + Quigg LLP, counsel for defendant Dell Inc.   The statements herein are made on my personal knowledge and if called as a witness I could and would testify thereto.

2.      The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to General Rule No. 45, I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of January 2012, at San Francisco, California.

                                        /s/ *Stephanie R. Wood*
                                        Stephanie R. Wood (State Bar No. 242572)

STIPULATION REGARDING USAGE OF CLAIM CONSTRUCTION EXPERTS AND CONFIDENTIALITY OF EXPERT DRAFTS AND COMMUNICATIONS AND [PROPOSED] ORDER
Case No.: 11-CV-2226 SI                    8