Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel:  650/248-5817
Fax:  650/618-8533
perry@perryclarklaw.com

J. Scott Denko, *pro hac vice*
Texas State Bar No. 00792457
Bradley D. Coburn, *pro hac vice*
Texas State Bar No. 24036377
Steven J. Lauff,  *pro hac vice*
Texas State Bar No.24013011
DENKO COBURN LAUFF LLP
1501 S MoPac Expy; Ste. A315
Austin, Texas 78746
Tel:  512/906-2074
Fax:  512/906/2075
denko@dcllegal.com
coburn@dcllegal.com
lauff@dclegal.com

Counsel for Plaintiff
**POSITIVE TECHNOLOGIES, INC.**

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff <br><br> v. <br><br> SONY ELECTRONICS, INC., DELL INC., ASUS COMPUTER INTERNATIONAL, MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC., <br><br> Defendants, <br> and <br><br> CHUNGHWA PICTURE TUBES, LTD., <br><br> Intervenor. | CIVIL ACTION NO. 11-cv-2226 SI <br><br> STIPULATION TO EXTEND THE DEADLINE FOR COMPLIANCE WITH PATENT LOCAL RULE 4-3 AND [~~PROPOSED~~] ORDER |

Plaintiff Positive Technologies, Inc. ("Positive"), the defendants named in this action (collectively the "Defendants"), and Intervenor Chunghwa Picture Tubes, Ltd. hereby stipulate and agree to extend the deadline for the Filing of the Joint Claim Construction and Pre-Hearing Statement pursuant to N.D. California Patent Local Rule 4-3 by seven (7) days from the existing deadline of January 19, 2012 [Dkt. No. 239] to January 26, 2012.

The extension will have no other effect on the case schedule.

Dated:  January 18, 2012                    Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF POSITIVE TECHNOLOGIES, INC. | ATTORNEYS FOR INTERVENOR CHUNGWA PICTURE TUBES, LTD. |
|---|---|
| */s/ Perry R. Clark* | */s/ Steven M. Levitan* |
| Perry R. Clark | Steven M. Levitan |
| LAW OFFICES OF PERRY R. CLARK | California State Bar No. 148716 |
| 825 San Antonio Road | steve.levitan@haynesboone.com |
| Palo Alto, CA 94303 | Jason M. Gonder |
| Telephone: (650) 248-5817 | California State Bar No. 257522 |
| Facsimile: (650) 618-8533 | jason.gonder@haynesboone |
| Email: perry@perryclarklaw.com | HAYNES AND BOONE, LLP |
|  | 2033 Gateway Place, Suite 300 |
| J. Scott Denko (Pro Hac Vice) | San Jose, California 95110 |
| (Texas State Bar No. 00792457) | Tel: 408/660-4120 |
| Bradley D. Coburn (Pro Hac Vice) | Fax: 408/660-4121 |
| (Texas State Bar No. 24036377) |  |
| Steven J. Lauff (Pro Hac Vice) | John R. Emerson *pro hac vice* |
| (Texas State Bar No. 24013011) | Texas State Bar No. 24002053 |
| DENKO COBURN LAUFF LLP | russ.emerson@haynesboone.com |
| 1501 S MoPac Expy; Ste. A315 | Donald E. Tiller, *pro hac vice* |
| Austin, Texas 78746 | Texas State Bar No. 24066197 |
| Telephone: (512) 906-2074 | don.tiller@haynesboone.com |
| Facsimile: (512) 906-2075 | Travis E. DeArman, *pro hac vice* |
| Email: denko@dcllegal.com | Texas State Bar No. 24074117 |
| coburn@dcllegal.com | travis.dearman@haynesboone.com |
| lauff@dcllegal.com |  |
|  | HAYNES AND BOONE, LLP |
| R. James George, Jr. (Pro Hac Vice) | 2323 Victory Avenue; Suite 700 |
| (Texas State Bar No. 07810000) | Dallas, Texas 75219 |
| GEORGE & BROTHERS LLP | Tel: 214/651-5000 |
| 1100 Norwood Tower | Fax: 214/651-5940 |
| 114 W. 7th Street |  |
| Austin, Texas 78701 |  |

Telephone: (512) 495-1400
Facsimile: (512) 499- 0094
Email: rjgeorge@georgeandbrothers.com

ATTORNEYS FOR DEFENDANT SONY ELECTRONICS, INC.

/s/ Kevin P.B. Johnson
Kevin P.B. Johnson
Jim Glass
QUINN EMANUEL URQUHART & SULLIVAN
555 Twin Dolphin Drive
5th Fl
Redwood Shores, CA 94065
650-801-5000
Fax: 650-801-5100
Email: kevinjohnson@quinnemanuel.com
jimglass@quinnemanuel.com

ATTORNEYS FOR DEFENDANT DELL, INC.

/s/ Thomas M. Dunham
Thomas M. Dunham (pro hac vice)
Thomas.Dunham@novakdruce.com
J. Michael Woods (pro hac vice)
Michael.woods@novakdruce.com
NOVAK DRUCE + QUIGG LLP
300 New Jersey Avenue
Fifth Floor
Washington, DC 20001
Telephone: (202) 659-0100
Facsimile: (202) 659-0105

ATTORNEYS FOR DEFENDANT ASUS COMPUTER INTERNATIONAL

/s/Karen I. Boyd
Karen I. Boyd
Joshua M. Masur
Steven W. Flanders
TURNER BOYD LLP
2570 W El Camino Real
Suite 380
Mountain View, CA 94306
Telephone: 650 521 5930
Fax: 650 521 5931
Email: boyd@turnerboyd.com
masur@turnerboyd.com
flanders@turnerboyd.com

ATTORNEYS FOR DEFENDANT MSI COMPUTER CORPORATION

/s/ William James Brown, Jr
William James Brown, Jr
Janet S. Park
BROWN WEGNER BERLINER
2603 Main Street
Suite 1050
Irvine, CA 92614
949-705-0080
Fax: 949-749-4099
Email: bill@bwb-lawyers.com
jpark@bwb-lawyers.com

ATTORNEYS FOR DEFENDANT AMAZON.COM, INC.

/s/ Stephen J. Joncus
Stephen J. Joncus
John D. Vandenberg
Philip Warrick
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988

ATTORNEYS FOR DEFENDANT BARNES & NOBLE, INC.

/s/ William H. Baker
Steven D. Hemminger
Jennifer Liu
Palani P. Rathinasamy
Alston & Bird LLP
275 Middlefield Road, Suite 150
Menlo Park, CA  94025-4008

| | |
|---|---|
| Telephone: 503-595-5300 | 650/838-2000 |
| Facsimile: 503-595-5301 | Fax:  650/838-2001 |
| Email: stephen.joncus@klarquist.com | steve.hemminger@alston.com |
| john.vandenberg@klarquist.com | celine.liu@alston.com |
| philip.warrick@klarquist.com | palani.rathinasamy@alston.com |
| | |
| Edward C. Duckers | William H. Baker |
| Craig A. Carnes, jr. | Alston & Bird LLP |
| STOEL RIVES LLP | 90 Park Avenue |
| 555 Montgomery Street, Suite 1288 | New York, New York 10016-1387 |
| San Francisco, CA 94111 | 212/210-9400 |
| Telephone: (415) 617-8900 | Fax:  212/210-9444 |
| Facsimile : (415) 617-8907 | bill.baker@alston.com |
| Email: ecduckers@stoel.com | |
| cacarnes@stoel.com | |

ATTORNEYS FOR DEFENDANT KOBO INC.

*/s/ Robert Thomas Haslam, III*
Robert Thomas Haslam, III
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 632-4702
Fax: (650) 632-4800
Email: rhaslam@cov.com

Bhanu K Sadasivan
COVINGTON AND BURLING LLP
333 Twin Dolphin Dr.
Suite 700
Redwood Shores, CA 94065
650-632-4712
Email: bsadasivan@cov.com


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____1/19____, 2012

*[signature: Susan Illston]*
_____

## CERTIFICATION PURSUANT TO G.O. 45(X)(B)

I, Perry Clark, attest that the above identified signatories have concurred in the filing of this document.

Dated: January 18, 2012                                              /S/ Perry Clark