Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel:  650/248-5817
Fax:  650/618-8533
perry@perryclarklaw.com

J. Scott Denko, *pro hac vice*
Texas State Bar No. 00792457
Bradley D. Coburn, *pro hac vice*
Texas State Bar No. 24036377
Steven J. Lauff,  *pro hac vice*
Texas State Bar No.24013011
DENKO COBURN LAUFF LLP
1501 S MoPac Expy; Ste. A315
Austin, Texas 78746Tel:  512/906-2074
Fax:  512/906/2075
denko@dcllegal.com
coburn@dcllegal.com
lauff@dclegal.com

Counsel for Plaintiff
**POSITIVE TECHNOLOGIES, INC.**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br>        Plaintiff <br><br>    v. <br><br> SONY ELECTRONICS, INC., DELL INC., ASUS COMPUTER INTERNATIONAL, AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC., <br><br>        Defendants, <br> and <br><br> CHUNGHWA PICTURE TUBES, LTD., <br><br>        Intervenor. | CIVIL ACTION NO. 11-cv-2226 SI <br><br> **DECLARATION OF BRADLEY COBURN IN SUPPORT OF PLAINTIFF POSITIVE TECHNOLOGIES, INC.'S OPENING CLAIM CONSTRUCTION BRIEF** <br><br> **Date: May 31, 2012** <br> **Time:  3:30 p.m.** <br> **Location: Courtroom 10 (19th Floor)** <br> **The Honorable Susan Illston** |

I, Bradley Coburn, am an attorney with the law firm of Denko Coburn & Lauff, LLP, Austin, Texas, attorneys for Plaintiff Positive Technologies, Inc. in this matter. I declare as follows:

1. Exhibit 1 is a true and correct copy of the Expert Declaration of Raphael Mehrbians in Support of Positive Technologies, Inc.'s Claim Construction of U.S. Patents: 5,444,457; 5,627,558; and 5,831,588 (the "Mehrbians Declaration"), including the following exhibits attached thereto:

   A. Appendix A to the Mehrbians Declaration is a true and correct copy of U.S. Patent No. 5,444,457;

   B. Appendix B to the Mehrbians Declaration is a true and correct copy of U.S. Patent No. 5,627,558;

   C. Appendix C to the Mehrbians Declaration is a true and correct copy of U.S. Patent No. 5,831,588;

   D. Appendix D to the Mehrbians Declaration is a true and correct copy of U.S. Patent No. 5,280,280;

   E. Appendix E to the Mehrbians Declaration is a true and correct copy of the *Curriculum Vitae* of Raphael Mehrbians;

   F. Appendix F to the Mehrbians Declaration is a true and correct copy of the listing of Previous Expert Testimony of Raphael Mehrbians;

   G. Appendix G to the Mehrbians Declaration is a true and correct copy of the November 3, 1994 Response to the United States Patent and Trademark Office's August 24, 1994 Office Action in U.S. Patent Application No. 08/088,256;

   H. Exhibit A to the Mehrbians Declaration is identical to Appendix E, a true and correct copy of the *Curriculum Vitae* of Raphael Mehrbians;

2. Exhibit 2 is a true and correct copy of U.S. Patent No. 5,627,558;

3. Exhibit 3 is a true and correct copy of U.S. Patent No. 5,444,457;

4. Exhibit 4 is a true and correct copy of U.S. Patent No. 5,831,588;

5. Exhibit 5 is a true and correct copy of Pending Claim 94 of U.S. Patent Application No. 08/088,256 (Issued as U.S. Patent No. 5,444,457), Production Label PTI00000826.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 24, 2012                    By:  /s/Bradley Coburn
                                                  Bradley Coburn