EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., | |
| Plaintiff, | No. 11-CV-2226 SI |
| | Judge Illston |
| vs. | |
| SONY ELECTRONICS, INC., DELL, INC., ASUS COMPUTER INTERNATIONAL, LENOVO (UNITED STATES) INC., MSI COMPUTER CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC., | |
| Defendants. | JURY TRIAL DEMANDED |
| and | |
| CHUNGHWA PICTURE TUBES, LTD., | |
| Intervenor | |

**EXPERT DECLARATION OF TIMOTHY DRABIK, PH. D. REGARDING**
**THREE PATENTS TO MR. HOTTO**

I, Timothy Drabik, Ph. D., do hereby declare:

1.      I have been retained by some of the defendants in this case to provide my expert opinion.  I have personal knowledge of the facts set forth in this Declaration and am competent to testify as to the facts and opinions in this Declaration.

## I.      BRIEF SUMMARY OF DECLARATION

2.      This Declaration reflects my technical analysis of technical disclosures of three patents issued to Mr. Hotto from applications he filed in 1993, 1995 and 1997, namely U.S. Patent Nos. 5,444,457, 5,627,558, and 5,831,588, along with related matters, such as the background technology.

3.      In this Declaration I explain aspects of the disclosure found in the 1993, 1995 and 1997 patent applications as originally filed, as a person having ordinary skill in the art ("PHOSITA") would have understood that disclosure on that filing date.  For ease of reference, when referring to the disclosure of these applications throughout this Declaration, I cite to the corresponding patent as issued to the extent the as-filed application and issued patent contain the same disclosure.

4.      I do not intend to offer any legal opinions or conclusions and do not opine on the legally correct interpretation or construction of any patent claims.

5.      In referring to the "invention" throughout this Declaration I use that phrase with respect to the <u>alleged</u> invention described in the applications, without any comment on whether that alleged invention was actually a technical advance.

## II.     BACKGROUND, QUALIFICATIONS, AND COMPENSATION

### A.     Educational background

6.      I received my Ph.D. in Electrical Engineering from the Georgia Institute

of Technology in 1990, where I also received a M.S. degree in Electrical Engineering in

1982.  I received Bachelor's degrees in Electrical Engineering and in Mathematics from

Rose-Hulman Institute of Technology in 1981.

### B.     Career history

7.      I have over twenty-five years of experience in the areas of liquid crystal

display technology, signal and image processing for video applications, optics and optical

engineering, microelectronics and integrated circuit design, optoelectronics, device

packaging, telecommunications, digital systems, and high-performance computing.  I

have worked both in the academic and industrial environments.

8.      I held Assistant Professor and Associate Professor appointments at

Georgia Tech through the 1990s in electrical and computer engineering, and Visiting and

Consulting Professorships at Stanford University from 1999 to 2009.  I have taught

courses in a broad range of areas, run a research laboratory, and graduated Ph.D.

students.  I have done research program development with government and industrial

entities in the U.S., France, the UK, and other countries.  I also have worked for a number

of companies.   I have been employed directly by AT&T Bell Labs, Displaytech, Inc.,

Sun Microsystems, and Spectralane, Inc.  Among my past consulting clients are the

NASA Jet Propulsion Laboratory, Siemens Corporate Research, and early-stage investors

performing due diligence prior to making investment decisions.

9.      At AT&T Bell Labs in the early 1980s, I worked in a department that was

developing technologies and services for fiber-to-the home systems.  Voice, data, and

television content were provided.  I designed hardware and also investigated options for video bandwidth compression and coding.

10.     As a graduate student, I developed technologies for controlling arrays of optical switches integrated with silicon chips.  One of these technologies involved liquid crystals, and formed the basis for the microdisplays I developed later.

11.     At Georgia Tech and Stanford, I directed research activity in liquid crystal microdisplay technology, diffractive optics, optoelectronic packaging and hybrid integration, high-speed interconnection of digital systems, and optical telecommunications switching, and graduated four Ph.D. students working in these areas. Specifically, I conducted research with Displaytech, Inc., which led to the development of commercial liquid-crystal-on-silicon microdisplays employing ferroelectric liquid crystals.  I developed new manufacturing technology, designed the underlying pixel array and peripheral/driver circuitry for a dozen designs, and tested and evaluated displays.  I also taught courses in digital signal processing, Fourier optics and holography, optical information processing, information theory, pattern recognition, semiconductor electronics, integrated circuit design, linear system theory, and other areas, at the undergraduate and graduate levels.

12.     As an employee of Displaytech, I developed liquid crystal devices and subsystems for optical switching and signal restoration for long-haul optical transmission. This work entailed investigation of new liquid crystal component manufacturing technologies to meet the strenuous reliability requirements of the optical telecommunication industry.

### C.      Publications

13.      I have published more than 30 articles in scholarly journals, and am the first named inventor on four U.S. Patents.  I have also delivered invited addresses to the U.S.–Japan Joint Optoelectronics Project Expert Workshop (Makuhari, Japan), the Scottish Optoelectronics Association and Institute of Physics Meeting on Optical Interconnections for Information Processing (Edinburgh, Scotland), the Annual Meeting of the Materials Research Society (San Francisco, CA), and the IEEE/LEOS Workshop on Interconnections within High-Speed Digital Systems (Santa Fe, NM).  I have served the European Union as an Expert Reviewer for EU research programs in microelectronics and optics, and the National Science Foundation as a reviewer of research proposals.

### D.      Other relevant qualifications

14.      My consulting practice has involved the design of optoelectronic integrated systems on custom silicon platforms, development of new liquid crystal cell technology and manufacturing technology, development of subsystems for ameliorating effects of nonlinear interactions in long-haul, wavelength-division-multiplexed fiber systems, and the investigation of advanced processor–memory architectures for high-performance parallel computing.  My practice also has involved preparing U.S. Patent applications, providing patent infringement and validity studies and reports, and conducting intellectual property due diligence investigations in connection with venture financing.  I have previously served as an expert in litigation matters relating to (among other areas) video processing technologies, the design, fabrication, and operation of liquid crystal displays, and optical disk drive technologies.

15.     Relevant to the subject matter of this Declaration are also further details of my knowledge and experience relating to ferroelectric liquid crystals (FLCs) and their application in displays.

16.     I began working with FLCs in 1987, and performed work directly with these materials until 2001.  During this period, I undertook research and development involving FLCs while affiliated variously with the University of California at San Diego, Georgia Institute of Technology, Stanford University, and Displaytech, Inc.

17.     My work during this period involved:

- investigation and development of fabrication process flows and packaging technology for devices employing FLCs,

- investigation and development of driving methods specifically suited to FLCs,

- comprehensive design and evaluation of active-matrix transistor backplanes (*i.e.*, pixel circuit arrays) suitable for display of binary, gray-scale, and continuous-tone color images when used in conjunction with FLC materials, and

- comprehensive design and evaluation of ancillary driving circuitry (including row and column drivers) for FLC displays capable of displaying binary, gray-scale, and continuous-tone color images.

18.     My work during this period further involved investigations at the systems level and addressed, for example, development of advanced driving schemas for the amelioration of color display artifacts associated with the processing of motion video, driving schemas to prevent image sticking, and optimization of drive methods to reduce bandwidth requirements and power dissipation in high-definition FLC displays.

19.     The aforementioned work with FLCs was performed in the context of multiple application areas, namely those of displays for information and entertainment, specialized displays (known as *spatial light modulators*) for research and information processing, and optical telecommunications.  My direct work largely concerned binary modulation using surface-stabilized FLCs (SSFLCs), but also the exploitation of phenomena that enable gray-level modulation with FLCs.  Many of my peer-reviewed publications report on my work with FLCs.

20.     In addition to my work with FLCs, during the 1987–2001 interval, I also worked directly with nematic liquid crystals (NLCs), investigated NLC driving methods, and developed and evaluated very-high-contrast devices.  I have also conducted research with devices employing NLCs in the area of optical telecommunications.

21.     Attached as Exhibit A is a copy of my curriculum vitae, which lists all of my publications for the past 10 years and all of my testimony in litigation matters over the past four years.

22.     I am being compensated at the rate of $450 / hour for my time spent in drafting this Declaration and providing related testimony.  My compensation is in no way contingent on the outcome of this litigation.

## III.     MATERIALS REVIEWED

23.     In formulating my opinions I reviewed the following materials:

- U.S. Patent Nos. 5,444,457, 5,627,558, 5,831,588, and 5,280,280, and their Patent Office file histories.

- U.S. Patent No. 5,400,047.

- Dolny, G.; Ipri, A.; Hsueh, F.-L.; Stewart, R.; Khormaei, R.; Thayer, S.; Keyser, T.; Becker, G.; Spitzer, M.; Batty, M.; , "High-density active matrix electroluminescent display using single-crystal silicon-on-insulator high-voltage IC technology," *Electron Devices Meeting, 1993. IEDM '93. Technical Digest.,* pp.930–932, 5–8 Dec 1993.  [Dolny]

- Dalisa, A. L., "Electrophoretic Display Technology," *IEEE Trans. Electron Devices*, vol. ED-24, pp. 827–834, July 1977.  [Dalisa]

- Johnson, R. C., "Eight New E-Paper Displays Vie for Your Eyeballs," Feb. 26. 2010, downloaded on 4 Jan. 2012 from http://www.smartertechnology.com/c/a/Technology-For-Change/Eight-New-EPaper-Displays-Vie-for-Your-Eyeball/.  [Johnson]

- Jacobs, S. D., Marshall, K. L., and Schmid, A., "Liquid Crystals," in *CRC Handbook of Laser Science and Technology*, Supplement 2: Optical Materials (M. J. Weber, ed.).  CRC Press, 1995, pp. 509–511.  [Jacobs]

- Clark, N. A., and Lagerwall, S. T., "Submicrosecond Bistable Electro-Optic Switching in Liquid Crystals," *Appl. Phys. Lett.*, vol. 36, pp. 899–901, 1 June 1980.  [Clark]

- Schadt, M., "Liquid Crystal Materials and Liquid Crystal Displays," *Annu. Rev. Mater. Sci.*, vol. 27, pp. 305–379, 1997.  [Schadt]

- Jérôme, B., "Surface Effects and Anchoring in Liquid Crystals," *Rep. Prog. Phys.*, vol. 54, pp. 391–451, 1991.  [Jérôme]

- Senyuk, B., "Liquid Crystals: A Simple View on a Complex Matter," http://dept.kent.edu/spie/liquidcrystals/index.html.  [Senyuk]

- U.S. Patent No. 5,637,187.

- Sheffer, T. J., Clifton, B., Prince, D., and Conner, A. R., "Active Addressing of STN Displays for High-Performance Video Applications," *Displays*, vol. 14, pp. 74–85, 1993.  [Sheffer]

- Ruckmongathan, T. N., "A Generalized Addressing Technique for RMS Responding Matrix LCDs," *Tech. Digest 1988 International Display Research Conference*, pp. 80–85, 1988.  [Ruckmongathan]

- "VESA and Industry Standards and Guidelines for Computer Display Monitor Timing Version 1.0, Revision 0.8," Video Electronics Standards Association, 1998.  [VESA]

- Technical Summary of Motorola MC68332 32-Bit Modular Microcontroller, http://www.freescale.com/files/microcontrollers/doc/data_sheet/MC68332TS.pdf, downloaded 5 Jan. 2012.  [MC68332]

## IV.   GENERAL FIELD OF ART AND PHOSITA

24.    Throughout my report, I consider the issues from the perspective of a person having ordinary skill in the art (PHOSITA) at the time the applications were filed.

25.    The applications describe a system for controlling a liquid crystal display device.  This field of liquid crystal display technology, and the related fields of other matrix display systems, signal and image processing, microelectronics, optoelectronics, and digital systems, have been active areas of research and study of mine since 1987.

26.    Based on my experience in this field and knowledge of other workers in this field, I would characterize a PHOSITA at the time the applications were filed as follows:

     a)    The person would have had at a minimum a Bachelor's degree in electrical engineering or applied physics along with two or three years of experience developing liquid crystal display panels, or a Master's degree in electrical

engineering or applied physics and one or two years of experience developing liquid crystal display panels.  This background would be necessary, in part, to understand the system described in the Hotto patents and the properties of liquid crystal switching that influence the design of drive schemes.

b)  The person would have been familiar with the essential design aspects of digital embedded systems at the time, including microprocessor programming and interfacing data acquisition, real-time programming, and general circuit design.

c)  The person would have had access to the following types of standard tools used by digital and analog systems designers at the time:  circuit simulators such as SPICE, digital logic design, design verification, and simulation tools, and basic engineering software for performing physical simulations of phenomena relating to, *e.g.*, heat transfer, propagation of polarized light, and the like.

## V.    BACKGROUND TECHNOLOGY IN 1993

### A.    Matrix Displays

27.    By contrast to raster-scanned displays, a fixed-pixel, *pixelated*, or *matrix* display system, such as a liquid crystal display (LCD) or plasma display panel (PDP) as used in contemporary, high-end television systems and computer monitors, comprises an array of discrete, light-modulating or -emitting cells.  These cells can be referred to as *physical pixels* to distinguish them from the more abstract data object referred to as a pixel.  Each cell is electrically controllable by a single, independently variable parameter (such as a voltage or a pulse width), and thus is said to display a single pixel.  Electronic hardware peripheral to the cell array controls the sequence in which the individual cells receive pixel values.  Figure 1, applicable to LCDs, PDPs, and other technologies, depicts the conceptual structure of a generic matrix display.



**Figure 1. Generic model of fixed-pixel display accepting digital input image data.**

28.    Most pixelated color displays employ a *subpixel* approach to synthesizing a wide gamut of colors.  That is, a "color pixel" is made up of a number of independently controlled, single-color subpixels.  Figure 2 shows a typical subpixel arrangement in a color LCD, wherein a color pixel, which has a square overall shape, is made up of three narrow red, green, and blue subpixels.  Many different subpixel patterns are in use.



**Figure 2.  Close up of a liquid crystal display image showing independent control of red, green, and blue physical subpixels to generate red, green, blue, and white displayed colors.  [Image provided by Luís Flávio Loureiro dos Santos, Wikimedia Commons, http://en.wikipedia.org/wiki/File:LCD_RGB.jpg, 28 Mar. 2009.]**

29.    In some displays, color is provided in a *field-sequential* fashion when the physical pixel technology is capable of controlling or emitting light of multiple colors.  For example, a liquid crystal panel can be illuminated in sequential fashion by a red, green, and blue backlight.  For each illumination color, the appropriate color component

of the image is displayed on the panel, and the eye synthesizes the sequential, primary-color images into a full-color perceived image.

30.     In 1993, there were several different types of matrix displays.  The primary types were plasma display panels (PDPs), electroluminescent (EL) displays, electrophoretic displays (EPDs), and liquid crystal displays (LCDs).

31.     Below is a brief description of features and characteristics distinguishing these types from each other.

### 1.     Plasma display panels (PDPs)

32.     Plasma displays use phosphors to generate light, similar to the phosphors used in the now practically obsolete cathode ray tube.  However, the phosphors in a PDP are not excited by a scanned electron beam, but in a very different way.  Figure 3 shows the detailed "egg carton" structure of a typical plasma panel.  The inside of each cell of the structure is coated with a red, green, or blue phosphor, and a group of three RGB subpixels makes up a color pixel.



**Figure 3.  Typical plasma display panel (PDP) structure.**

33.     The space in the cells is filled with inert gas at a low pressure.  Note that each cell lies above an address electrode and below a display electrode.  Thus, any

voltage between the electrodes appears across the space of the cell.  When this voltage

exceeds a threshold, a *glow discharge plasma* is ignited within the cell.  The walls

between cells keep the plasma confined to the one cell.  A glow discharge produces

ultraviolet (UV) light.  When the UV light strikes the phosphor layer, it emits either red,

green, or blue light depending upon whether it is a red, green, or blue phosphor coated

cell.

### 2.       Electroluminescent (EL) displays

34.     Electroluminescent displays employ a light emitting phosphor layer, such

as zinc sulfide (ZnS) doped with manganese (Mn).   Figure 4 shows a cutaway view of a

representative, passive-matrix, thin-film electroluminescent (TFEL) display from the

early 1990s.  Pixels are formed at the intersections of orthogonally arranged (i.e.

perpendicular) metal and transparent electrode lines.  A sufficient voltage between two

orthogonal electrodes injects energetic electrons into the phosphor which excite

luminescence and cause the pixel to emit light.  A thresholding behavior in the

characteristic of luminescence *vs.* voltage enables a passive-matrix addressing technique

wherein only one row of pixels at a time can be illuminated notwithstanding all rows

being subjected to the voltages applied to the column lines. EL displays can operate over

very wide temperature ranges, and can be bright enough for practical daylight viewing.

Contemporary EL displays can provide full color; some employ an active-matrix

structure with one or more transistors at each pixel location.



**Figure 4. Structure of representative thin-film electroluminescent (TFEL) display showing glass panel 11, transparent electrodes 12, dielectric layers 14 and 18, phosphor layer 16, and metal electrodes 20. Graphic from U.S. Patent 5,400,047.**

### 3.     Electrophoretic displays (EPDs)

35.     Electrophoretic displays operate on a principle akin to electroplating. A voltage applied between two electrodes generates an electric field, which applies a force on charged particles. Electrophoretic displays employ cells containing, *e.g.*, pigment chips suspended in liquid, as shown in Figure 5, wherein white pigment chips carry a positive charge and black pigment chips carry a negative charge. One polarity of voltage applied across the cell causes the white chips to drift toward the viewable face of the display, and the opposite polarity causes the black chips to drift toward the viewable face of the display. EPDs may also use a single species of charged pigment particles. [Dalisa]



**Figure 5. Schematic cross-section of "electronic paper" electrophoretic display. Graphic from [Johnson].**

14

36.     An advantage of electrophoretic displays is that they can be *static*, *i.e.*, they can hold their state for a usefully long time without the need to apply writing voltages.  They also can take on the appearance of printed paper, and can be used with ambient light for illumination.

### 4.     Liquid crystal displays (LCDs)

37.     Figure 6 illustrates the basic structure of an LCD flat panel.  A liquid crystal is an organic material that can affect the polarization of light passing through it in a voltage-dependent way.  A typical active-matrix LCD display employs an array of transistors fabricated onto a large glass sheet.  The transistors function as switches that can be turned on or off with a voltage.  Each transistor switchably connects a column line or electrode to an individual liquid crystal transparent electrode.  A second piece of glass is sandwiched with the first, and entrains a thin liquid crystal layer in between.  There is also a large, common, transparent electrode on the other piece of glass.  Additional optical layers (polarizers and compensators) turn changes in light polarization into intensity variations.

38.     When a row line is activated, the transistors in that row connect their column lines to their LC electrodes, and the LC electrodes take on the voltages of the column lines.  Light from a backlight passing through the display is selectively modulated into a light/dark pattern according to the voltages on the column lines.

39.     In a color LCD, a patterned array of color filters is used to create color subpixels, so that a full-color pixel is typically made up of a group of three subpixels.



**Figure 6.  Typical LCD structure.  Glass substrates sandwich a thin liquid crystal (LC) layer.  Thin-film transistor circuitry controls the application of independent drive signals to individual LC cells.  The LC material effects electrically controlled changes in the polarization of light passing through it, and polarizing film and color filter elements convert these changes to brightness and color variations.**

40.     In writing an image to a LCD, the rows of the matrix are activated (usually) one at a time, and a line of pixel data is impressed on the column lines and transferred onto the LC cells of each row.  Circuitry ancillary to the pixel matrix controls the sequencing of the rows and the loading of a row data register with pixel data streaming into the display.  A new row is transferred to the matrix in parallel after the row data register receives a full line of pixel data.

**B.      Liquid Crystal Displays (LCDs)**

41.     LCDs constitute a diverse family of display technologies.  *Direct-view* LCDs are the familiar computer monitor and television devices with screens of a size for convenient direct viewing, typically 10 to 100 centimeters.  They typically have a *backlight* to provide illumination through the panel.  Projection LCDs also are widespread, are generally of small diagonal measure (of the order of one or a few centimeters) and typically are illuminated by an intense beam of light.  Upon reflection or

transmission, the illuminating beam, with the displayed image impressed upon it, is then

expanded through a projection imaging system and directed toward a display screen.

Many video projectors employ such LCD devices.  Notwithstanding their differences in

scale, direct-view and projection LC devices invoke the same principles and share many

features.

42.     In the following, I discuss the features prevalent in LCDs in the 1993 time

frame.

### 1.     Liquid crystal materials and alignment

43.     At the heart of an LCD is a thin layer of *liquid crystal* (LC).  A liquid

crystal is a material phase in which molecules exhibit some degree of order.  Many

molecules used in liquid crystals have an elongated shape, and may be thought of as rod-

like or cigar-like in form.  See, *e.g.*, Jacobs *et al.*[*] at pp. 510–511.  In an isotropic liquid

such as liquid water, there is no long-distance correlation between the position or

orientation of one molecule in the liquid, and that of another molecule.  In a perfect

crystal, there is such a correlation.  For example, knowledge of the positions of a number

of silicon atoms in a perfect silicon crystal, can in principle be used to find positions of

other silicon atoms in that crystal.

44.     In a *nematic* liquid crystal (NLC), for example, there is *orientational*

*order* in that two nearby, cigar-like molecules are likely to lie with their long axes

roughly parallel to each other.  However, NLCs lack *positional order* (also called

*translational order*) in that knowing the location of one molecule does not provide

information about the location of another.  In *smectic* LCs, both orientational and

---

[*] Jacobs, S. D., Marshall, K. L., and Schmid, A., "Liquid Crystals," in *CRC Handbook of Laser Science and Technology*, Supplement 2: Optical Materials (M. J. Weber, ed.).  CRC Press, 1995, pp. 509–511.

positional order exist.  Knowing the location and orientation of a molecule provides

information about the location and orientation of nearby molecules.  See, *e.g.*, Jérôme[*];

Jacobs *et al*. at p. 510.

45.     In LCDs, the rod-shaped liquid crystal molecules generally are aligned by

confining the liquid crystal between two transparent *alignment layers* (called

"orientation" in the patents-in-suit).  Liquid crystals can align at a surface in different

ways, as is shown schematically in Figure 7.



(a)                                   (b)                                   (c)

**Figure 7.  Different types of LC alignment at a surface.  (a) Planar.  (b) Homeotropic.  (c) Tilted.[†]**

46.     The orientation of Figure 7(a), in which LC molecules lie substantially in

the plane of the surface, is called planar alignment.  Figure 7(b) shows homeotropic

alignment, in which molecules' long axes are substantially normal to the surface.  Tilted

alignment, Figure 7(c), is an intermediate orientation.  Different surface layers can induce

different types of alignment, and the degree of tilt can effectively be engineered in many

situations.  For example, it is often practically useful to induce a pre-tilt in molecular

alignment, of the order of several degrees out of the plane.  In the case of planar or tilted

alignment, a degree of freedom exists with respect to the azimuthal angle of the long axis

of the LC molecules, *i.e.*, the direction in the plane of the surface along which the

---

[*] B. Jérôme, "Surface Effects and Anchoring in Liquid Crystals," *Rep. Prog. Phys.*, vol. 54, pp. 391–451, 1991.

[†] Graphics in Figure 7, Figure 8, and Figure 9 were adapted from B. Senyuk, "Liquid Crystals: A Simple View on a Complex Matter," http://dept.kent.edu/spie/liquidcrystals/index.html.

molecules align.  It is generally desirable to establish a preferred direction for the molecules' long axes in order to control the physical dynamics and optical properties of the layer.  Many surface treatments have been developed to effect LC alignment and make LCDs practical.

47.     The juxtaposition of a thin (of the order of 10 microns) layer of liquid crystal between parallel surfaces is called a *cell*.  Different LC *modes* can be effected by imposing different alignment behaviors at the two surfaces.  Figure 8 shows parallel-aligned and twisted-nematic configurations, for example.  These configurations might be obtained with rubbed polyimide alignment layers, wherein the rubbing directions of the top and bottom surfaces are parallel [Figure 8(a)] or perpendicular to each other [Figure 8(b)].  Because of the "springiness" of the NLC material phase, the angle changes smoothly and continuously.



(a)                                              (b)

**Figure 8.  (a) Parallel-aligned nematic configuration.  (b) Twisted-nematic configuration.  The space between surfaces is filled with LC molecules, but for clarity only a single "cigar" is shown at intermittent vertical levels to represent the azimuthal angle common to molecules at that level**

48.     LCs' usefulness for displays derives from their interesting optical properties and their responsiveness to electric fields.  A LC layer is optically *anisotropic* in that its refractive index (slowing factor for light propagation) is different for light polarized parallel to the molecules' long axis than for light polarized perpendicular

thereto.   As a consequence, the LC can alter the polarization of light passing through it.

Optical phenomenology of the twisted nematic (TN) mode is shown in Figure 9.   In

Figure 9(a), no electric field is applied to the LC film, and LC molecules lie substantially

in the plane of the surfaces.   Linearly polarized light emerges from polarizer P and enters

the LC layer with its polarization (indicated in purple) aligned with that of the molecules.

As the molecules' azimuth changes gradually, the light polarization follows this change if

the twist is sufficiently gradual.   (See, *e.g.*, [Schadt].)   This is called *waveguiding* or

*adiabatic following*.   Consequently, the light emerges from the LC layer with its

polarization rotated by 90º, and is blocked by the analyzer A oriented identically to

polarizer P.



(a)                                          (b)

**Figure 9.  Optical switching in a normally-black, twisted-nematic mode.  (a) Off-
state, no voltage applied: light emerging from polarizer P linearly polarized (b) On-
state, substantial voltage applied:**

49.     In Figure 9(b), an electric field applied to the LC film (in that a nonzero voltage is applied across the cell) tilts the LC molecules considerably in the vertical direction, and the adiabatic following is spoiled.  The polarization of the light remains substantially unchanged, and is therefore now aligned with analyzer A and passes through it.  Thus, the electric field has induced an "on" state for this mode.  Intermediate values of electric field give rise to a lesser degree of molecular tilt, and lead to intermediate levels of output between fully bright and fully dark.  Rotation of the analyzer A by 90° yields a normally-bright configuration, such that an electric field must be applied to turn the light off.



**Figure 10.  Representation of a TN LC cell.  Grooves 513 in lower orientation layer 501 cause the liquid crystal molecules 518 to align in a first direction.  Azimuthal angle of LC molecules' long axes progressively changes through 90° between the top and bottom surfaces, so that alignment parallel to the grooves at both surfaces obtains.  *U.S. Patent No. 5,637,187 (filed June 5, 1995) at Fig. 75.***

50.     An exemplary disclosure of a TN cell from the same time period as the patents-in-suit, appears in Figure 10.  Present-day LCDs using NLCs can employ various modes other than TN.  Vertically aligned nematic (VAN), supertwisted-nematic (STN), and various *bend* and *splay* modes can be used.  Different LC phases than nematic also

21

can be used; an important example of a mode based on the *smectic* LC phase is the surface-stabilized ferroelectric LC (SSFLC) family (see, *e.g.*, Schadt).  However, a common element in LCDs based on any of the above named modes, is the use of alignment (or "orientation") layers to effect the requisite molecular configuration.  At the time of the alleged inventions, most LCDs employed rubbed organic layers to effect alignment.

## 2.      Pixel electrodes

51.      An electric field is generated between two electrodes at different voltages, and is proportional to the voltage difference.   The capability to display images is established by providing an array of distinct switching electrodes so that the electric field across the LC layer can be varied spatially.  A region of the LC layer that can be independently controlled by switching electrodes, is thought of as a physical *picture element* or *pixel*.  A typical computer monitor LCD may include hundreds of thousands or even millions of pixels.  Electrodes are disposed above and below the "stack" comprising the LC film itself and the orientation layers.  In a *transmissive* display, a backlight illuminates the stack and the light is selectively passed or blocked as described above to Figure 9, depending upon the field-induced tilt imparted by the spatially varying electric field provided by the switching electrodes.  Thus, an image is formed.  In order to employ a transmissive configuration, it is necessary to create substantially transparent electrodes.  Very thin metal films can be used, but more typically indium tin oxide (ITO) is employed in the industry.

## 3.      Passive-matrix and active-matrix LCDs

52.      Early LCDs used a *passive matrix*, also known as a *simple matrix*, architecture, as depicted in Figure 11.  In a passive matrix LCD, *column electrodes* are

formed on one transparent substrate (under the orientation layer), and *row electrodes* are formed on the opposite substrate, with the liquid crystal in between.  Turning on a pixel entails bringing the voltage difference between its row and column electrodes above a certain threshold.  However, in a passive matrix display, the voltage on a given row or column electrode also affects the electric field across other pixels.  The *thresholding* behavior of NLC modes is an important element of the function of passive matrix addressing, and allows pixels to be switched substantially independently in spite of this fact.  Although other addressing methods have been used, a typical passive matrix LCD receives an image one row at a time: a row electrode voltage is lowered below zero, and the voltages of columns corresponding to pixels to be switched on, are raised above zero.  All other row and column electrode voltages remain at zero.  The only pixels whose electric field exceeds the switching threshold, are those in the selected row and whose column electrodes are driven high.  Though many other pixels in the array see a nonzero electric field, this field lies below the switching threshold and they are substantially unaffected.  However, electric fields below the nominal threshold still have some effect, and undesirable pixel cross talk occurs.  This cross talk can cause, for example, pixels in the same row or column as a white pixel, to appear gray.  Furthermore, because of this problem, the electric field intensities must be kept relatively low, which also leads to slow response times, causing "ghosting" or smearing of fast-moving images.  Passive matrix displays also rely upon a "memory" behavior of LCs in that a given row can be selected only once per frame for a brief time, and this fact imposes a practical limit on the number of rows and columns a passive matrix LCD can have.



**Figure 11.  Top and side conceptual views of a passive matrix LCD.  Intersections of row and column electrodes define pixel locations.**



**Figure 12.  Conceptual drawing of an active matrix LCD.  The column and row lines are formed on the lower substrate.  Column lines connect through thin film transistors (TFTs) to pixel electrodes, generally formed of ITO, under selection of the row lines.**

53.     *Active matrix* LCDs (AMLCDs) were introduced as an improvement over

the passive matrix architecture.  A typical AMLCD employs an array of thin-film

transistors (TFTs) fabricated onto a substrate, as shown schematically in Figure 12.  The

transistors function as switches that can be turned on or off with a voltage on a row line.

Each transistor switchably connects a column line or electrode to an individual

24

transparent *pixel electrode* generally formed from ITO. There is also a large, common, transparent electrode (the *counterelectrode*) on the opposite substrate.

54. In a typical active matrix LCD, each pixel electrode is coupled with at least one TFT such that the electrode can be actively switched to a desired voltage. For example, Figure 13, an annotated copy of a figure from the same U.S. Patent referred to earlier, illustrates a lower substrate of an active matrix display LCD. Each pixel electrode is connected through a TFT switch to one of a plurality of signal lines, extending vertically across the substrate. Scan lines, extending horizontally across the substrate, are connected to the gates of the TFTs in that particular row. When a voltage is applied to a scan line, the TFTs attached to that scan line are turned on, connecting the corresponding signal line to the pixel electrode. When a scan line is deselected, on the other hand, the pixel electrodes of that row are substantially unaffected by the writing of other rows.



**Figure 13. AMLCD having one TFT per pixel.** *U.S. Patent No. 5,637,187 (filed June 5, 1995) at Fig. 8.*

55.     The voltage to be applied to a given pixel element is generally represented by a digital value stored in a memory within an LCD controller.  (Some LCDs, especially older devices, accept an analog signal carrying the image information.)  For example, a three-bit digital value would allow $2^3 = 8$ different gray-scale values to be encoded.  This digital value is converted to an analog voltage using a digital to analog converter (DAC) before being applied to the signal line.  Alternatively, rather than varying the analog voltage applied to the signal lines, a constant value (such as 5 volts) is applied to the signal lines in a pulse-width modulated fashion (*i.e.*, is switched on and off with a variable duty cycle) to generate an intermediate effective voltage at the pixel electrode. In this way, the transmissivity of each pixel is controlled.  The voltages applied by the signal and scan lines are generated by driver circuits placed around the periphery of the display, such as elements 15 and 16 in Figure 13, above.  These peripheral drive circuits handle the conversion of image and timing information provided to the LCD, into the row and column drive waveforms conveyed to the TFTs in the pixel array.

### 4.     Effects of d.c. bias

56.     It is desirable for the voltage across any liquid crystal pixel to average to zero over any appreciable time interval.  For example, if a cell is biased with a certain positive voltage for a brief time, this requirement would be satisfied by applying the same voltage, but with opposite (negative) sense, for the same time interval.  If d.c. bias is allowed to accrue on a LC cell, impurity ions (charged particles) present in the LC mixture drift toward the cell bounding surfaces.  These ions cause deleterious effects, one of which is called *image sticking*, in which the display "remembers" previously displayed patterns even with no drive applied.  Therefore, effective LCD drive strategies effect a "zero-d.c." constraint.

### 5.    RMS-responsive displays

57.    Most LCDs employ nematic LC modes.  In the nematic phase, because of physical symmetry the tilt response of the molecules in a cell depends upon the magnitude but not the polarity of the applied voltage.  Another way to say this is that a molecule in a nematic LC cell may experience a force due to a voltage applied with a given spatial sense, but with reversal of polarity will experience the same force, in the same direction.  Therefore, the polarity of the voltage may be toggled as needed in order to effect a zero-d.c.-bias drive condition.  The behavior of nematic liquid crystal (NLC) cells under an applied voltage may also be characterized in terms of time behavior.  Namely, NLCs are responsive to the *root-mean-square* (RMS) value of the applied voltage.  Roughly speaking, the RMS value of a time-varying voltage is a short-time average of the square of the voltage magnitude, where the time duration of the averaging is of the order of the response time of the LC.  This means that a NLC cell has some "memory" of the recent history of the voltage waveform that drives it.  This memory behavior allows passive-matrix displays to function, because typically each row of such a display is driven for only a small percentage of the time.

58.    Apart from the freedom to choose polarity, there are many ways to compose a time-varying waveform to have a given RMS value.  This provides considerable freedom in drive schemes: a cell may be driven to the same state with an alternating square wave or alternating sine wave, or with a sequence of pulses having varying amplitude, duration, or spacing between them, for example.

### a.    Avoiding d.c. bias accumulation

59.    A typical way of obtaining zero or near-zero net d.c. bias, is for the drive polarity of a given pixel to be alternated every frame period (which may be 1/60 second,

for example).  Although subsequent positive and negative voltage magnitudes may not match up when the displayed image is updated, the error tends to average to zero and not accumulate.  A way of achieving strict, zero net d.c. bias is to toggle polarity halfway through the frame display period for each pixel.

### 6.        Polarity-dependent displays

60.        The "electronic paper" electrophoretic displays discussed in Sec. V.A.3 above, are polarity-dependent in that a reversal of polarity induces a reversal of contrast.

61.        Some liquid crystal modes exhibit a *spontaneous electric polarization*. The surface-stabilized, ferroelectric liquid crystal (SSFLC) mode is such a mode.  It arises when a ferroelectric LC material in the chiral smectic phase is sandwiched between parallel surfaces sufficiently close together that the natural helical precession of the molecules' directions is defeated: the helix is "unwound."  [Clark & Lagerwall]  The forces on liquid crystal molecules in such a phase depend not only on the magnitude of the electric field, but also on its polarity, and therefore upon the polarity of the voltage applied across the cell.  This means that, roughly speaking, a molecule can be pulled one way by applying a constant (d.c.) voltage, and pulled the opposite way by applying the negative of the voltage.  In this way, chiral, smectic LC phases are polarity-sensitive. SSFLC cells can be much faster than NLC cells because the spontaneous polarization provides a big "lever" for the applied electric field to act upon.  However, the drive polarity is no longer able to be arbitrarily changed, because the state of the cell (on or off) depends directly upon the polarity, *e.g.*, positive for "on" and negative for "off."

### a.        Avoiding d.c. bias accumulation

62.        Successful drive schemes for SSFLC displays must take polarity-dependence into account.   This has been done in the past by observing two operational

phases, wherein each period of one drive polarity is paired with an equal period of opposite drive polarity, so that zero d.c. balance is systematically achieved. Each pixel's on-state (or off-state) is respectively paired with a subsequent off-state (or on-state). In order that the display not appear to be uniformly gray, the backlight may be turned on only during the first of the two phases, for example.

### 7.    Fixed-frame display addressing

63.    LCDs are typically driven at a fixed frame period. For example, computer monitors may be refreshed 60 or 72 times per second (*i.e.*, at a frequency of 60 Hz or 72 Hz). These frequencies are established by standards developed by the Video Electronics Standards Association (VESA) [VESA] and adopted by display manufacturers and providers of graphics controllers for driving computer displays. All VESA standards have a fixed frame rate. Television monitors are typically refreshed at a rate of 59.94 Hz, which frequency derives from analog television broadcast standards. This overall schema is generally employed for LCDs used in other applications as well.

64.    Further, display controller chips within LCD monitors generally convey lines of pixel data to the panel in a sequential and deterministic manner from the top of the image to the bottom, at fixed time intervals. There have been exceptions in application of passive-matrix LCDs, where multiple row lines are energized at a time and driven with the same column data. [Sheffer, Ruckmongathan] These approaches were developed in order to ameliorate the effects of multiplexing on displayed image quality for passive-matrix displays of high resolution. These approaches nonetheless typically excite the row lines in a deterministic manner that is repeated with each frame displayed, so that an image is displayed over a fixed frame period and in a temporally regular manner.

### 8. Memory, processors, and other devices used in controlling and driving a display

65.     Recalling Figure 1, a typical pixel matrix itself is driven by ancillary circuitry comprising a set of row drivers, a set of column drivers, and a functional block that implements addressing and timing operations.  These elements are lately often mounted or integrated directly onto the display glass.

66.     The column drive element accepts serial pixel data and accumulates them into complete lines.  A line of pixel data is presented on the column lines (sometimes called *data lines*) of the matrix in parallel, at one time.  The row drive element implements the sequential addressing of row lines, sometimes called *select lines*.  In an active-matrix display, when a row of pixels is selected, the data on the column lines is gated onto the pixels in that row.  The addressing and timing block controls the row and column drive elements and synchronizes them to timing signals in the input stream that indicate the beginnings of lines and frames, so that incoming pixel data are routed to the correct physical pixels.

## VI.    DISCLOSURE OF THE APPLICATIONS

67.     In the following, I cite to column and line numbers of the specification as set forth in the '457 Patent.

68.     The overall structure of the disclosed system is shown in FIG. 1, which I reproduce below as Figure 14:



**Figure 14.  FIG. 1 of the Hotto patents (taken from the '457 Patent).**

69.     Hotto teaches that the demanded image is streamed into Multiport Video

RAM Memory 18, and that "[e]ach byte of video memory corresponds to one pixel of the

demanded image."  [14:38–43]  The RAM memory 16 contains a number of dedicated

blocks:  [14:58–60]

- "One block of memory is termed the 'simulated image array'.  In the simulated
  image array each byte of memory corresponds to one pixel in the actual LCD 10
  …"  [14:60–63]

- "A second block of RAM memory 16, termed the 'pixel bias violation array', is
  dedicated to keeping track of the net DC bias on the pixels.  This block of
  memory is ordered the same as the demanded image array and the simulated

image array, in that one byte is assigned to each pixel, and the arrangement of this block of memory corresponds to the format of the pixels on LCD 10."  [15:6–13]

- "A third block of RAM memory 16 is termed the 'difference array'.  This block of memory is also laid out to correspond to the distribution of the pixels in LCD 10. The values stored in the difference array represent the difference in gray level between the most recent demanded image (as represented in the demanded image array) and the present gray levels of the display pixels (as represented in the simulated image array)."  [15:19–27]

Thus there are four blocks of memory laid out with one byte corresponding to each pixel.

70.     Hotto describes at [15:47–16:46] how these memory blocks are accessed in the course of implementing the flow chart of FIG. 7, which I reproduce here as Figure 15.  There are two regularly occurring loops to consider, depending upon the result of the test in element 70.  If there is to be no bias reconciliation, the loop includes at least elements 65, 66, 68, and 69.  If there is to be bias reconciliation, the loop includes at least elements 73, 75, 68, and 69.  Each of these six distinct elements entails access to one byte of RAM or VRAM for each physical pixel of the display.



**Figure 15. FIG. 7 of the Hotto patents (taken from '588 Patent).**

71.     A lower bound can now be established on the number of clock cycles, and thus on the amount of time, required to implement a single iteration of the drive scheme.

72.     Hotto discloses that the "MCU 12 is the MC68332 manufactured by Motorola Semiconductor, Phoenix, Ariz., USA. The MC68332 is a 32 bit wide microcontroller designed for real time control applications." [13:52–55]  The MC68332 is a serial processor and can perform one operation at a time.  For example, it is capable of accessing one memory address at a time, and it performs one arithmetic operation at a time.  The "Technical Summary of Motorola MC68332 32-Bit Modular Microcontroller"

33

*currently* provided by the manufacturer gives the maximum clock rate as 20.97 MHz. [MC68332 at p. 1]  Thus, the maximum attainable clock rate for this part in 1993 was no greater than this.  It further is notable that the memory data bus is 16 bits (2 bytes) wide. [MC68332 at p. 6]

73.     Consider a monochrome, VGA-resolution (640 × 480 pixels) LCD.  This is a display of modest resolution even for the 1990s.  There are 640 × 480 = 307,200 physical pixels in such a panel.

   **A.     There is insufficient teaching to enable driving pixels "selectively and in any sequence … determined by underlying principles of [the] invention."**

74.     Hotto does not provide sufficient teaching to implement blocks 66 ("Generate drive pattern") or 75 ("Generate drive pattern — RMS type") of FIG. 7 to arrive at "drive patterns which employ pulse width modulation, pulse frequency modulation, and combined pulse width/pulse frequency modulation as applied to the electrodes of the LCD 10."  [16:48–51]  In this regard, he discloses, for block 66, "[t]o generate the drive pattern, the MCU 12 must set up a sequence of drive voltages at the electrodes which produces the desired voltages at the individual pixels,"  [19:7–10]  and for block 75, "[t]his pattern is created, as previously described, to avoid the problem of visual fade of gray levels when reversing polarity."  [20:2–4]  These passages do not constitute teaching, but rather are expressions of a wished-for result.

75.     Further, Hotto appears to misunderstand the behavior of RMS-responding liquid crystals, *i.e.*, of NLCs:

   • "At the point in the driving cycle at which the pixel is driven to the opposite polarity it passes through the zero voltage condition.  This causes the opacity of

the pixel to decrease (become less gray) until it reaches the full off condition for a very brief moment." [3:35–39]

- "The present invention maximizes the viewing angle of LCDs by means of maintaining the pixels within a gray band rather than driving the pixels continuously from fully black at one extreme of drive polarity, across the zero voltage condition, to the black at the other extreme of drive polarity." [17:16–23]

The latter citation establishes that the material under discussion is RMS-responding, *e.g.*, a NLC, because the black state is polarity-independent. The former citation is in error. Typical voltage switching times across LC cells are faster than the LC response time, and the pixel does not typically achieve the "full off condition" corresponding to a zero applied voltage in the steady state.

### B.    The disclosure is only relevant to polarity-independent display technologies, *e.g.*, NLC displays.

76.    The disclosure teaches the use of drive polarity as a degree of freedom in maintaining d.c. balance. See, *e.g.*, [17:16–23], which hypothesizes a black state arising from large biases of opposite polarities. Thus, it would be applicable to displays employing nematic liquid crystals, but not to displays employing a polarity-sensitive mode such as a mode based on surface-stabilized ferroelectric liquid crystal materials. The disclosure is also not applicable to other polarity-sensitive pixel array technologies such as the "electronic paper" technology discussed above in Sec. V.A.3.

### VII.    "STRUCTURES" AND "ALGORITHMS" DESCRIBED IN THE APPLICATIONS FOR PERFORMING CERTAIN FUNCTIONS

77.    I have been asked to identify in the applications any structures and any algorithms, if any, disclosed for performing the functions recited in various "means plus

function" elements in certain patent claims in the asserted Hotto patents, underlined

below.  I do so in the table further below, without suggesting that the structures and

algorithms disclosed in the patents-in-suit were sufficient to achieve the claims' recited

functions:

**'457 patent:**

17. In combination for use with <u>display means formed from a plurality of elements each constructed to provide for the display of an image in accordance with the introduction of signals to such element,</u>

first <u>means for providing successive sequences of signals each representing the image to be provided from an individual one of the elements in the display means, each successive sequence of signals representing the images to be provided by all of the elements in the display means,</u>

second <u>means for processing the signals in each successive sequence to determine the difference between the signals for each individual one of the elements in such successive sequence and the previous sequence,</u> and

third <u>means for displaying the image from each individual one of the elements in the display means in each successive sequence in accordance with the difference signal from the second means for that element in that sequence and the previous sequence.</u>

22. In combination for use with <u>display means formed from a plurality of elements each constructed to provide for the display of an image in accordance with the introduction of signals to such element, the elements being constructed to become charged and discharged to provide a display in accordance with the net charge on such elements,</u>

first <u>means for providing successive sequences of signals each representing the image to be provided from an individual one of the elements in the display means, each successive sequence of signals representing the images to be provided by all of the elements in the display means,</u>

second <u>means for processing the signals from the different elements in the display means in the successive sequences to determine the changes to be made in the display means from the different elements in the display means in such successive sequences,</u> and

third <u>means for providing for changes in the charges in the different elements in the display means in each successive sequence in accordance with the changes determined for such elements by the second means in that successive sequence.</u>

36

23. In a combination as set forth in claim 22,

fourth means for determining the temperatures of the elements, and

fifth means for modifying the changes in the charges provided in the different elements by the third means in accordance with the temperature determinations by the fourth means.


38. In combination for use with display means formed from a plurality of elements each constructed to provide for the display of an image in accordance with the introduction of signals to such element,

first means for providing signals representing the images to be provided from individual ones of the elements in the display means,

second means for storing the signals representing the images provided from the individual ones of the elements in the display means,

third means responsive to the signals from the first and second means from the individual ones of the elements in the display means for providing signals representing the differences between the signals from the first and second means for such individual ones of the elements in the display means, and

fourth means responsive to the signals from the third means for providing for increases in the gray levels of the images in first elements in the display means in accordance with differences of one polarity as represented by the signals from the third means for such first elements and for providing for decreases in the gray levels of the images in second elements in the display means in accordance with differences of an opposite polarity as represented by the signals from the third means for such second elements.

**'558 patent:**

10. In combination for use with display means formed from a plurality of elements each constructed to provide for the display of an image in accordance with the introduction of signals to such element,

first means for providing signals representing the images to be demanded from individual elements in the display means,

second means for storing signals representing the images provided from the individual elements in the display means,

third means for providing, for the individual elements in the display means, signals representing the difference between the signals from the second and first means for such individual elements, and

37

fourth <u>means for changing the images from the individual elements in the display means in accordance with the signals from the third means for such individual elements</u>.

11. In a combination as set forth in claim 10,

fifth <u>means for determining the temperatures of the elements</u>, and

sixth <u>means for modifying the operation of the fourth means in accordance with the temperature determinations by the fifth means</u>.

**'588 patent:**

15. A matrix display controller for controlling the energization of plural rows and plural columns in a matrix display to render a demanded image on the display, comprising:

<u>logic means for processing data representative of the demanded image and storing processed data in electronic memory</u>; and

<u>logic means for generating row and column drive signals based on the processed data</u>; and

<u>logic means for selectively sending the row and column drive signals to the rows and columns, respectively, wherein the logic means for sending can send at least two of the drive signals simultaneously</u>.

19. The controller of claim 15, wherein the signals are characterized by pulse widths, and the controller includes <u>logic means for modulating the pulse widths in response to the demanded image</u>.

---

<table>
<tr><td colspan="2" align="center"><strong>Means + Function claim elements</strong></td></tr>
<tr><td colspan="2">(All citations below are from '457 patent.)<br><br>(Whenever MCU 12 is part of structure, so is ROM memory 14, because instructions reside therein.  The VRAM 18 is a dual-port memory.)</td></tr>
<tr><td>'457:17:</td><td></td></tr>
<tr><td>(A) display means formed from a plurality of elements each constructed to provide for the display of an image in accordance with the introduction of signals to</td><td><strong><em>Structure</em></strong>:  Passive- or active-matrix LCD panel constituted of pixel elements in which each pixel's gray level is not static but instead continually varies in intensity and with the level of the voltage across the pixel, as described at</td></tr>
</table>

| | |
|---|---|
| such element | FIGS. 1-4, 6; 2:52-67, 3:49-59, 13:25-37, 17:54-67, 21:65-22:2 |
| (B) means for providing successive sequences of signals each representing the image to be provided from an individual one of the elements in the display means, each successive sequence of signals representing the images to be provided by all of the elements in the display means | **Structure**:  Demanded image array in multiport VRAM memory 18 configured such that each byte of its video memory corresponds to one pixel of the demanded image and the numerical value of each byte represents a particular gray level, as described at FIG. 1, 13:62-66, 14:38–48, 15:47–54, 18:15–18 |
| (C) means for processing the signals in each successive sequence to determine the difference between the signals for each individual one of the elements in such successive sequence and the previous sequence | **Structure**:  MCU 12 programmed to compute the numeric difference between the stored byte values respectively representing the two signals, byte by byte as depicted in Fig. 7, as described at  FIGS. 1, 7, 15:47–54, 19:55-62 |
| (D) means for displaying the image from each individual one of the elements in the display means in each successive sequence in accordance with the difference signal from the second means for that element in that sequence and the previous sequence | **Structure**:  MCU 12 including queued serial interface (QSI) and time processor unit (TPU), RAM 16, row and column drivers HVO4 configured to drive row and column electrodes both selectively and simultaneously using drive signals that do not change polarity in a predetermined and periodic fashion, LCD 10, as described at FIG. 1, 8:11–14, 15:29–46, 16:3–46 1:22-68, 3:1-6, 3:32-48, 5:27-31, 5:40-6:53, 6:58-8:14, 8:15-19:23, 9:31-34, 9:54-67, 10:1-12:16 |
| '457:22: | |
| (A) display means formed from a plurality of elements each constructed to provide for the display of an image in accordance with the introduction of signals to such element, the elements being constructed to become charged and discharged to provide a display in accordance with the net charge on such elements | **Structure**:  As for '457:17 (A) |

| | |
|---|---|
| (B) means for providing successive sequences of signals each representing the image to be provided from an individual one of the elements in the display means, each successive sequence of signals representing the images to be provided by all of the elements in the display means | ***Structure***:  As for '457:17 (B) |
| (C) means for processing the signals from the different elements in the display means in the successive sequences to determine the changes to be made in the display means from the different elements in the display means in such successive sequences | ***Structure***:  There is no disclosed structure corresponding to this claim-recited function.  To identify a structure patentee would need to rewrite claim to recite "signals representing the gray level of" rather than "signals from." |
| (D) means for providing for changes in the charges in the different elements in the display means in each successive sequence in accordance with the changes determined for such elements by the second means in that successive sequence | ***Structure***:  MCU including QSI and TPU, row and column drivers HVO4 configured to drive row and column electrodes both selectively and simultaneously, and using drive signals that do not change polarity in a predetermined and periodic fashion, as described at FIG. 1, 19:1–27. |
| '457:23: | |
| (A) means for determining the temperatures of the elements | ***Structure***:  MCU 12, Temperature sensor 22, A–D converter 20, as described at FIG. 1, 13:52-55, 14:8-17, 14:13–16, 14:36–37, 15:34–46, 18:59-65 |
| (B) means for modifying the changes in the charges provided in the different elements by the third means in accordance with the temperature determinations by the fourth means | ***Structure***:  MCU 12, ROM 14, as described at 15:41–46 |
| '457:38: | |
| (A) display means formed from a plurality of elements each | ***Structure***:  As for '457:17 (A) |

| | |
|---|---|
| constructed to provide for the display of an image in accordance with the introduction of signals to such element | |
| (B) means for providing signals representing the images to be provided from individual ones of the elements in the display means | **Structure**:  As for '457:17 (B) |
| (C) means for storing the signals representing the images provided from the individual ones of the elements in the display means | **Structure**:  RAM 16 configured with a "simulated image array" memory block configured such that each byte of its array corresponds to one pixel of the actual LCD and the numerical value of each byte represents a particular simulated gray level, combined with microcontroller unit 12 programmed to update that array, each time microcontroller unit 12 causes a drive pattern to be transferred to the LCD drive circuits, by adding negative, positive and zero numbers to the already stored byte values, as described at Abstract, 2:1-8, 5:9-15, 3:36-39, 6:58-65, 7:15-17, 26-30, 55-60, 8:2-9, 9:47-53, 13:67-14:2, 14:58-15:5, 19:17-23, 20:39-55 |
| (D) means responsive to the signals from the first and second means from the individual ones of the elements in the display means for providing signals representing the differences between the signals from the first and second means for such individual ones of the elements in the display means | **Structure**:  Microcontroller unit 12, programmed to compute the numeric difference between the stored byte values respectively representing the two signals, byte by byte, as described at 15:47-57, 19:55-62 |
| (E) means responsive to the signals from the third means for providing for increases in the gray levels of the images in first elements in the display means in accordance with differences of one polarity as represented by the signals from the third means for such first elements and for providing for decreases in the gray levels of the images in | **Structure**:  MCU 12 programmed to carry out block 66 of Figure 7 as described at 19:5-13.  Said "drive voltages" do not change polarity in a predetermined and periodic fashion. |

41

| | |
|---|---|
| second elements in the display means in accordance with differences of an opposite polarity as represented by the signals from the third means for such second elements | |
| '558:10: | |
| (A) display means formed from a plurality of elements each constructed to provide for the display of an image in accordance with the introduction of signals to such element | **Structure**: As for '457:17 (A) |
| (B) means for providing signals representing the images to be demanded from individual elements in the display means | **Structure**: As for '457:17 (B) |
| (C) means for storing signals representing the images provided from the individual elements in the display means | **Structure**: As for '457:38 (C) |
| (D) means for providing, for the individual elements in the display means, signals representing the difference between the signals from the second and first means for such individual elements | **Structure**: As for '457:17 (C) |
| (E) means for changing the images from the individual elements in the display means in accordance with the signals from the third means for such individual elements | **Structure**: As for '457:22 (D) |
| '558:11: | |
| (A) means for determining the temperatures of the elements | **Structure**: As for '457:23 (A) |
| (B) means for modifying the operation of the fourth means in | **Structure**: As for '457:23 (B) |

| accordance with the temperature determinations by the fifth means | |
|---|---|
| **'588:15:** | |
| (A) logic means for processing data representative of the demanded image and storing processed data in electronic memory | ***Structure***:  Microcontroller unit 12, programmed to (1) calculate the numeric, byte by byte difference between stored values representing the current demanded image and the current simulated displayed image, respectively; (2) read the ambient temperature of the LCD display; (3) compute a sequence of drive signal bit patterns (with each 0 or 1 bit value corresponding to each pixel) based at least on those two sets of values; and (4) store those values in RAM 16, as described at FIG. 1, 15:34-46, 15:47-57, 16:3-46, 17:24-27, 18:59-65, 19:5-13, 19:55-62, 20:37-39 |
| (B) logic means for generating row and column drive signals based on the processed data | ***Structure***:  Microcontroller unit 12 (including an on-chip queued serial interface (QSI) and time processor unit (TPU)), programmed to perform the "sequence of actions" recited at 16:7-27, 31-46, as further described at 13:52-55, 16:7-27, 31-46. |
| (C) logic means for selectively sending the row and column drive signals to the rows and columns, respectively, wherein the logic means for sending can send at least two of the drive signals simultaneously | ***Structure***:  MCU 12 including QSI and TPU, column and row drivers that either are an HV04 integrated circuit or an addressable amplitude modulating circuit, configured to drive row and column electrodes selectively, as described at FIG. 1, 14:3-7, 16:3–17:6 |
| **'588:19:** | |
| logic means for modulating the pulse widths in response to the demanded image | ***Structure***:  MCU 12 including QSI and TPU, and electronic switches within column and row drivers that either are an HV04 64-Channel Serial Parallel Converter With High Voltage CMOS Outputs or an addressable amplitude modulating circuit, configured to drive row and column electrodes both selectively and simultaneously, as described at FIG. 1, 14:3-7, 16:3–17:6 |

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct as to the facts stated and my opinions as expressed. Executed this 9th day of January 2012.

By: _____

Timothy Drabik, Ph. D.