UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

POSITIVE TECHNOLOGIES, INC., et al.,
    Plaintiffs,

v.

SONY ELECTRONICS, INC., et al.,
    Defendants.

No. C 11-2226 SI

**ORDER RE: ATTENDANCE AT ENE**

Date: April 27, 2012
Evaluator: Vicki Veenker

IT IS HEREBY ORDERED that the request to excuse plaintiff Positive Technologies, Inc.'s personal representative, Robert Hotto, from personal attendance at the April 27, 2012, ENE session before Vicki Veenker is GRANTED. Mr. Hotto shall participate telephonically for the duration of the ENE unless or until excused by the evaluator in accordance with ADR L.R. 5-10(f).

IT IS SO ORDERED.

April 17, 2012      By: _____
Dated                                           Donna M. Ryu
                                                   United States Magistrate Judge