UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONY ELECTRONICS INC., ET AL., <br><br> Defendants. | Case No. 11-cv-02226 SI (NC) <br><br> **ORDER RE: DISCOVERY DISPUTE** <br><br> Re: Dkt. No. 274, 291, 298, 301 |

This order addresses a discovery dispute in a patent infringement suit brought by plaintiff Positive Technologies, Inc. against a number of defendants, including Kobo, Inc. Positive moves to compel defendant Kobo to comply with Patent Local Rule 3-4(a) by producing for inspection and copying "[s]ource code, specifications, schematics, flow charts, artwork, formulas, or other documentation sufficient to show the operation of any aspects or elements of" the Accused Kobo Products. *See* Joint Statement, Dkt. No. 274 at 2; *see also* Patent L.R. 3-4(a). Positive additionally moves for sanctions under Federal Rule of Civil Procedure 37. Pl.'s Addendum, Dkt. No. 298-1.

The parties submitted a joint letter brief (Dkt. No. 274), and related addendums (Dkt. Nos. 291, 298, 301), and attended two discovery hearings on May 7 and May 21 concerning their continuing discovery dispute.

Considering the parties' written submissions and representations made at the hearings, the Court orders as follows:

1. Positive must file on or before May 23, 2012 its Rule 37 motion for sanctions, and supporting declarations, in accordance with Civil Local Rule 37-4. *See* Civil L.R. 37-4. On or before May 25, 2012 Kobo may file a response to Positive's sanctions motion. No reply brief is permitted.

2. The Court GRANTS Kobo's request for additional briefing regarding items 1-4 listed in Kobo's most recent addendum, including the scope of Positive's infringement contentions and Kobo's Rule 3-4(a) disclosures. Def.'s May 21 Addendum, Dkt. No. 301-1. Kobo may file this additional briefing on or before May 25, 2012. Any addendum filed by Kobo in support of its discovery position, along with Kobo's response to Positive's sanctions motion, combined may not exceed 15 pages.

3. Kobo is further ordered to serve on Positive, as well as lodge with the Court on or before May 25, 2012 at 5:00 p.m., a declaration detailing its document collection efforts up to the filing of the declaration, including the following: identifying the terms used to search Kobo's electronically stored information; identifying all individuals whose documents and files Kobo searched for responsive documents; separately identifying all custodians from whom Kobo collected responsive documents; and identifying all file directories and repositories of electronically stored information searched.

4. Positive submitted materials today, suggested for the Court's in camera review. The request is DENIED, without prejudice, pending a motion filed by May 23 justifying this request and explaining the purpose of the proposed review.

//

5. Finally, the parties are ordered to attend a further discovery conference on May 29, 2012 at 11:30 a.m. in Courtroom A, 15th Floor, San Francisco before Magistrate Judge Nathanael M. Cousins.

IT IS SO ORDERED.

DATED: May 21, 2012

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Order re Discovery Dispute
Case No. 11-cv-02226 SI (NC)        3