**2 hours**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 5/30/12

Case No.   C-11-02226 SI          Judge:   SUSAN ILLSTON

Title: Positive Technologies  -v- Sony Electronics

Attorneys for Pltf.: Perry Clark, Bradley Coburn, Scott Denko,

 Attorneys for Deft.:  Bill Baker, Deanna Kwong, Andrew Mason, Jim Glass, Anna Ison, Philip Warnick, Stehen Joncus, Edward Duckers

Deputy Clerk:  Tracy Kasamoto  Court Reporter: Connie Kuhl

## PROCEEDINGS

1)   TUTORIAL - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (   )Deft    (   )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to ____ for Further Case Management Conference

Case continued to    **@ 9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    **@ 3:30 p.m.**  for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING: