1  J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
   Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
2  Steven J. Lauff (Texas State Bar No. 24013011) (*Pro Hac Vice*)
   DENKO COBURN & LAUFF LLP
3  1501 S. MoPac Expy., Suite A315
   Austin, TX 78746
4  Telephone: (512) 906-2074
   Facsimile: (512) 906-2075
5  Email: denko@dcllegal.com
          coburn@dcllegal.com
6         lauff@dcllegal.com

7  Perry R. Clark (California Bar No. 197101)
   LAW OFFICES OF PERRY R. CLARK
8  825 San Antonio Road
   Palo Alto, CA 94303
9  Telephone: (650) 248-5817
   Facsimile: (650) 618-8533
10 Email: perry@perryclarklaw.com

11 *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

12 Counsel for Plaintiff
   POSITIVE TECHNOLOGIES, INC.

13

14              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
15                    **SAN FRANCISCO DIVISION**

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | Case No.: 11-CV-2226 SI |
| Plaintiff, | |
| vs. | |
| **SONY ELECTRONICS, INC., AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC.,** | **STIPULATION OF DISMISSAL OF CHUNGHWA PICTURE TUBES, LTD.** |
| Defendants, | |
| and | |
| **CHUNGHWA PICTURE TUBES, LTD.,** | |
| Intervenor. | |

STIPULATION OF DISMISSAL OF CPT
Case No.: 11-CV-2226 SI

1   Plaintiff Positive Technologies, Inc. ("Positive") and Intervenor Chunghwa Picture

2   Tubes, Ltd. and its Affiliates ("CPT"), by their respective undersigned attorneys hereby

3   stipulate that their respective claims against each other be, and hereby are, dismissed with

4   prejudice with each side to bear its own costs and expenses including attorneys' fees.

5   This stipulation does not affect the rights or claims of Positive against any other

6   defendant in this litigation. Positive's complaint and this action with regard to the remaining

7   defendants remain in effect unless and until specifically dismissed.

8   Dated: June 4, 2012

9   Respectfully submitted,

10  _/s/ John Russell Emerson (w/permission)_      _/s/ J. Scott Denko_
    John Russell Emerson (*Pro Hac Vice*)          J. Scott Denko (*Pro Hac Vice*)
11  (Texas State Bar No. 24002053)                 (Texas State Bar No. 00792457)
    Donald E Tiller (*Pro Hac Vice*)               Bradley D. Coburn (*Pro Hac Vice*)
12  (Texas State Bar No. 24066197)                 (Texas State Bar No. 24036377)
    Travis E. DeArman (*Pro Hac Vice*)             Steven J. Lauff (*Pro Hac Vice*)
13  (Texas State Bar No. 24074117)                 (Texas State Bar No. 24013011)
    HAYNES AND BOONE, LLP                          DENKO COBURN & LAUFF LLP
14  2323 Victory Avenue, Suite 700                 1501 S. MoPac Expy., Suite A315
    Dallas, TX 75219                               Austin, TX 78746
15  Telephone: (214) 651-5000                      Telephone: (512) 906-2074
    Facsimile: (214) 651-5940                      Facsimile: (512) 906-2075
16  Email: russ.emerson@haynesboone.com            Email: denko@dcllegal.com
    don.tiller@haynesboone.com                     coburn@dcllegal.com
17  travis.DeArman@haynesboone.com                 lauff@dcllegal.com

18  Steven M. Levitan                              Perry R. Clark
    (California Bar No. 148716)                    (California Bar No. 197101)
19  Jason M. Gonder                                LAW OFFICES OF PERRY R. CLARK
    (California Bar No. 257522)                    825 San Antonio Road
20  HAYNES AND BOONE, LLP                          Palo Alto, CA 94303
    2033 Gateway Place, Suite 300                  Telephone: (650) 248-5817
21  San Jose, CA 95110                             Facsimile: (650) 618-8533
    Telephone: (408) 660-4120                      Email: perry@perryclarklaw.com
22  Facsimile: (408) 660-4121
    Email: Steve.levitan@haynesboone.com           R. James George, Jr. (*Pro Hac Vice*)
23  Jason.gonder@haynesboone.com                   (Texas State Bar No. 07810000)
                                                   GEORGE & BROTHERS LLP
24  **ATTORNEYS FOR INTERVENOR**                   1100 Norwood Tower
    **CHUNGHWA PICTURE TUBES, LTD.**               114 W. 7th Street

STIPULATION OF DISMISSAL OF CPT
Case No.: 11-CV-2226 SI

Austin, Texas 78701  
Telephone: (512) 495-1400  
Facsimile: (512) 499- 0094  
Email: rjgeorge@georgeandbrothers.com

**ATTORNEYS FOR PLAINTIFF**  
**POSITIVE TECHNOLOGIES, INC.**

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated this __5th__ day of __June_____, 2012

_____  
Hon. Susan Illston  
United States District Judge

STIPULATION OF DISMISSAL OF CPT  
Case No.: 11-CV-2226 SI