1 | J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
2 | Steven J. Lauff (Texas State Bar No. 24013011) (*Pro Hac Vice*)
DENKO COBURN LAUFF LLP
3 | 1501 S. MoPac Expy., Suite A315
Austin, TX 78746
4 | Telephone: (512) 906-2074
Facsimile: (512) 906-2075
5 | Email: denko@dcllegal.com
        coburn@dcllegal.com
6 |     lauff@dcllegal.com

7 | Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
8 | 825 San Antonio Road
Palo Alto, CA 94303
9 | Telephone: (650) 248-5817
Facsimile: (650) 618-8533
10 | Email: perry@perryclarklaw.com

11 | *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

12 | Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | Case No.: 11-CV-2226 SI |
| Plaintiff, | |
| vs. | |
| **SONY ELECTRONICS, INC., AMAZON.COM, INC., BARNES & NOBLE, INC., AND KOBO INC.,** | STIPULATION OF DISMISSAL OF KOBO INC. |
| Defendants, | |

1    This Stipulation and Proposed Order is entered into by and among Plaintiff Positive Technologies, Inc. ("PTI") and Defendant Kobo Inc. ("Kobo") (collectively, the "Parties") to the above-captioned action.

**WHEREAS**, the parties have advised the Court that they have settled and resolved their differences and have entered into an agreement setting out the terms and conditions of the settlement, and as part of such agreement have agreed to the dismissal of this case in accordance with the entry of this Order.

The Parties agree as follows and request that the Court enter an Order approving this Stipulation:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Positive Technologies, Inc. ("PTI") and Defendant Kobo Inc. ("PTI"), by and through their undersigned counsel of record, hereby stipulate to the voluntary dismissal with prejudice of PTI's claims against Kobo, and Kobo's counterclaims against PTI, with each party to bear its own costs, expenses, and attorney's fees.

2. The parties submit to and the Court does hereby retain exclusive and continuing jurisdiction over the parties and the subject matter of this action for the purpose of enforcing the parties' settlement agreement dated July 6, 2012.

**IT IS SO STIPULATED.**

Dated: July 17, 2012        By:    /s/ Deanna L. Kwong
                                   Robert Haslam
                                   Deanna L. Kwong
                                   COVINGTON & BURLING LLP
                                   333 Twin Dolphin Drive, Suite 700
                                   Redwood Shores, California 94065
                                   Telephone:  (650) 632-4700
                                   Facsimile:  (650) 632-4800
                                   Email: rhaslam@cov.com, dkwong@cov.com

                                   *Attorneys for Defendant Kobo Inc.*

| | | |
|---|---|---|
| Dated: July 17, 2012 | By: | /s/ J. Scott Denko |

                                          J. Scott Denko (Pro Hac Vice)
(Texas State Bar No. 00792457)
Bradley D. Coburn (Pro Hac Vice)
(Texas State Bar No. 24036377)
Steven J. Lauff (Pro Hac Vice)
(Texas State Bar No. 24013011)
DENKO COBURN LAUFF LLP
1501 S MoPac Expy; Ste. A315
Austin, Texas 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
coburn@dcllegal.com
lauff@dcllegal.com

Perry R. Clark
(California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

R. James George, Jr. (Pro Hac Vice)
(Texas State Bar No. 07810000)
GEORGE & BROTHERS LLP
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499- 0094
Email: rjgeorge@georgeandbrothers.com

*Attorneys for Plaintiff Positive Technologies, Inc.*

    **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

STIPULATION OF DISMISSAL OF KOBO
Case No.: 11-CV-2226 SI

1  **IT IS SO ORDERED.**

2  Dated:   7/18/12         By:   _/s/ Susan Illston_____

3  　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL OF KOBO
Case No.: 11-CV-2226 SI