IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSITIVE TECHNOLOGIES INC,<br><br>    Plaintiff,<br><br> v.<br><br>SONY ELECTRONICS INC,<br><br>    Defendant.<br>               / | No. C 11-02226 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: November 30, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN:  Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 14, 2013.

DESIGNATION OF EXPERTS: 5/17/13; REBUTTAL: 6/14/13.
  Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is 7/12/13.

DISPOSITIVE MOTIONS **SHALL** be filed by July 26, 2012;

 Opp. Due August 9, 2013;  Reply Due August 16, 2013;

 and set for hearing no later than August 30, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: October 1, 2013 at 3:30 PM.

JURY TRIAL DATE: October 15, 2013 at 8:30 AM.,
 Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be _ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions.  Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 7/23/12

                     SUSAN ILLSTON
                     United States District Judge