Perry R. Clark
California Bar No. 197101
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Tel:  (650) 248-5817
Fax:  (650) 618-8533
perry@perryclarklaw.com

J. Scott Denko, *pro hac vice*
Texas State Bar No. 00792457
Bradley D. Coburn, *pro hac vice*
Texas State Bar No. 24036377
Steven J. Lauff,  *pro hac vice*
Texas State Bar No.24013011
DENKO COBURN LAUFF LLP
1501 S MoPac Expy; Ste. A315
Austin, Texas 78746
Tel:  (512) 906-2074
Fax:  (512) 906/2075
denko@dcllegal.com
coburn@dcllegal.com
lauff@dclegal.com

Counsel for Plaintiff
**POSITIVE TECHNOLOGIES, INC.**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC.,<br><br>    Plaintiff<br><br>    v.<br><br>SONY ELECTRONICS, INC., AMAZON.COM, INC., AND BARNES & NOBLE, INC.<br><br>    Defendants, | CASE NO. 11-cv-2226 SI (NC)<br><br>STIPULATION AND [P~~ROPOSED~~] ORDER TERMINATING AS MOOT ALL DEADLINES ON REPORTS AND RECOMMENDATIONS (DOCS. 345 AND 347) |

1  WHEREAS, on July 5, 2012, the Court signed an order (Doc. 352) granting the stipulated
2  request to stay the deadlines for objections to the Magistrate Judge's Report and
3  Recommendation Granting Motion to Compel (Docket No. 345) and the Magistrate Judge's
4  Report and Recommendation Granting Motion for Sanctions (Docket No. 347), and
5  WHEREAS, on July 18, 2012, the Court signed an order (Doc. 355) granting the
6  stipulated dismissal of Defendant Kobo Inc.
7  THEREFORE, the undersigned parties stipulate and request that the Court enter an order
8  approving their stipulation that:
9  All deadlines for objections to the Magistrate Judge's Report and Recommendation
10 Granting Motion to Compel (Docket No. 345) and the Magistrate Judge's Report and
11 Recommendation Granting Motion for Sanctions (Docket No. 347) are TERMINATED AS
12 MOOT without any further action by the parties or the Court.

Respectfully Submitted,

Dated:  July 23, 2012

ATTORNEYS FOR PLAINTIFF
POSITIVE TECHNOLOGIES, INC.

　　　　　/S/ Perry Clark
Perry R. Clark
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (*Pro Hac Vice*)
(Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*)
(Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*)

|   |   |
|---|---|
| 1 | (Texas State Bar No. 24013011) |
| 2 | DENKO COBURN LAUFF LLP |
|   | 1501 S MoPac Expy; Ste. A315 |
| 3 | Austin, Texas 78746 |
|   | Telephone: (512) 906-2074 |
| 4 | Facsimile: (512) 906-2075 |
|   | Email: denko@dcllegal.com |
| 5 | coburn@dcllegal.com |
|   | lauff@dcllegal.com |

R. James George, Jr. (*Pro Hac Vice*)
(Texas State Bar No. 07810000)
GEORGE & BROTHERS LLP
1100 Norwood Tower
114 W. 7th Street
Austin, Texas 78701
Telephone: (512) 495-1400
Facsimile: (512) 499- 0094
Email:  rjgeorge@georgeandbrothers.com

ATTORNEYS FOR DEFENDANT KOBO INC.

　　　　　　*/S/ Deanna L. Kwong*
　　　　　　Robert Haslam
　　　　　　Deanna L. Kwong
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800
Email: rhaslam@cov.com,
dkwong@cov.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  7/24/12

　　　　　　　　　　　　　　　　　　Susan Illston
　　　　　　　　　　　　　　　United States District Judge

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Perry R. Clark, attest that the above identified signatories for the parties have concurred in the filing of this document.

Dated: July 23, 2012                              /S/ *Perry Clark*
                                                              Perry Clark