Stephen J. Joncus (Admitted *Pro Hac Vice*)
stephen.joncus@klarquist.com
John D. Vandenberg
john.vandenberg@klarquist.com
Philip Warrick (Admitted *Pro Hac Vice*)
philip.warrick@klarquist.com
Andrew M. Mason (Admitted *Pro Hac Vice*)
andrew.mason@klarquist.com
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR  97204
Telephone:  (503) 595-5300
Facsimile:  (503) 595-5301

Edward C. Duckers (SB #242113)
ecduckers@stoel.com
STOEL RIVES LLP
555 Montgomery Street, Suite 1288
San Francisco, CA  94111
Telephone:  (415) 617-8900
Facsimile :  (415) 617-8907

Attorneys for Defendant
AMAZON.COM, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| POSITIVE TECHNOLOGIES INC., | § | Civil Action No. 3:11-cv-02226-SI |
| | § | |
| Plaintiff, | § | |
| | § | **DECLARATION OF ANDREW M.** |
| v. | § | **MASON IN SUPPORT OF** |
| | § | **DEFENDANTS' MOTION FOR** |
| SONY ELECTRONICS, INC., | § | **LEAVE TO AMEND INVALIDITY** |
| AMAZON.COM, INC., BARNES & NOBLE, | § | **CONTENTIONS** |
| INC., AND KOBO INC., | § | |
| | § | Hearing: December 21, 2012 |
| Defendants. | § | Time: 9:00 a.m. |
| | § | Ctrm.: 10, 19th Floor |
| | § | Judge: Hon. Susan Illston |

I, Andrew M. Mason, am an attorney with the law firm of Klarquist Sparkman, LLP, Portland, Oregon, attorneys for Defendant Amazon.com, Inc. in this matter. I declare as follows:

1. On Monday, November 5, 2012, Plaintiff conducted a deposition noticed in relation to this case. The time on the record for that deposition was approximately three hours. I am aware of no other depositions being taken in this case.

2. On or about September 26, 2012, Plaintiff Positive Technologies Inc. ("PTI") served upon Amazon.com, Inc. ("Amazon") documents bearing production numbers PTI00003094 – PTI 00045571. Prior to that date, PTI had only served approximately 3093 pages of documents on Amazon in this litigation.

3. Upon receiving the Court's July 3, 2012 Claim Construction Order (DE 351), Amazon and Barnes & Noble, Inc. (collectively, "Defendants") evaluated, in view of that Order, Defendants' Joint Invalidity Contentions, which had been served on PTI on or about October 26, 2011.

4. Upon determining that the Court's Claim Construction Order warranted searching for additional prior art references, Defendants began searching for and reviewing relevant prior art references. This search and review was conducted throughout July and August 2012.

5. On or about August 30, 2012, based on the search and review described *supra* in paragraph 4, Defendants served on PTI new relevant prior art references, including Wahl et al., *Experimental driver and addressing techniques for ferroelectric liquid crystal devices*, J. Phys. E: Sci. Instrum. 21:46-66 (1988); U.S. Patent No. 4,964,699; and U.S. Patent No. 4,904,064.

6. Throughout September 2012, Defendants continued their review of new prior art references, including charting of several of those references against the patent claims asserted by PTI.

1  DECLARATION OF ANDREW M. MASON
Case No.: 3:11-cv-02226-SI

7. On or about September 28, 2012, I emailed Scott Denko and Bradley Coburn, counsel for PTI, informing them of Amazon's intent to seek leave to amend its invalidity contentions, along with an identification of specific new references that Amazon would like to include in its invalidity contentions and a general overview of Amazon's proposed amendments. Amazon asked whether PTI would oppose Amazon's motion. On or about October 4, 2012, Mr. Denko responded, requesting additional information.

8. On or about October 8, 2012, I sent Mr. Denko and Mr. Coburn an email with attachments that included Amazon's Proposed Amended Invalidity Contentions Cover Pleading; claim charts reading the Asserted Claims onto three prior art references, two that were identified in my original September 28, 2012 email and one that was related to and contained the same disclosure as the third reference identified in my original September 28, 2012 email; and Amazon's portion of a joint letter brief to the Court, explaining Amazon's basis for seeking leave to amend its invalidity contentions. That email also informed PTI that Amazon would like to serve amended claim charts for the following previously-charted references, in order to conform those charts to the Court's claim constructions: EP 0 368 117 A1; U.S. Patent No. 4,864,290; and U.S. Patent No. 3,895,372.

9. On or about October 20, 2012, I sent Mr. Denko and Mr. Coburn an email with amended invalidity claim charts for these two prior art references: EP 0 368 117 and U.S. Patent No. 4,864,290. In that email I also reminded plaintiff's counsel of Amazon's non-statutory double-patenting defense and indicated that, for ease of reference, Amazon sought to include that defense in its amended invalidity contentions.

10. On or about October 31, 2012, a telephonic meet and confer regarding Defendants' proposed amended invalidity contentions was held with the following persons participating: Stephen Joncus and Andrew Mason, counsel for Amazon; Bill Baker, counsel for Barnes & Noble; and

2     DECLARATION OF ANDREW M. MASON
Case No.: 3:11-cv-02226-SI

1  Bradley Coburn and Perry Clark, counsel for PTI.  During that meet and confer, PTI's counsel stated

2  its opposition to Defendants' motion for leave to amend their invalidity contentions.  I asked PTI's

3  counsel whether plaintiff would suffer any specific prejudice due to the amended invalidity

4  contentions.  PTI's counsel responded that it would suffer prejudice because it would have to spend

5  additional time working with its expert on the amended contentions.  Plaintiff also stated that it

6  would suffer a general prejudice from the amended contentions and reserved the right to present

7  additional points of prejudice in any briefing to the Court.

8  

      I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 7, 2012                By:     _/s/ Andrew M. Mason__
                                                             Andrew M. Mason