1 | Perry R. Clark
2 | California Bar No. 197101
  | LAW OFFICES OF PERRY R. CLARK
3 | 825 San Antonio Road
  | Palo Alto, CA 94303
4 | Tel: (650) 248-5817
  | Fax: (650) 618-8533
5 | perry@perryclarklaw.com

6 | J. Scott Denko, *pro hac vice*
  | Texas State Bar No. 00792457
7 | Bradley D. Coburn, *pro hac vice*
  | Texas State Bar No. 24036377
8 | DENKO COBURN LAUFF LLP
9 | 1501 S MoPac Expy; Ste. A315
  | Austin, Texas 78746
10 | Tel: (512) 906-2074
   | Fax: (512) 906-2075
11 | denko@dcllegal.com
   | coburn@dcllegal.com
12 |

13 | Counsel for Plaintiff
   | **POSITIVE TECHNOLOGIES, INC.**
14 |

15 | *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC.,<br><br>　　　Plaintiff<br><br>　　v.<br><br>SONY ELECTRONICS, INC., AMAZON.COM, INC., AND BARNES & NOBLE, INC.<br><br>　　　Defendants. | CASE NO. 11-cv-2226 SI (NC)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING TIME RE: MOTION TO AMEND/CORRECT INVALIDITY CONTENTIONS FILED BY AMAZON AND BARNES & NOBLE (DOC. 377)<br>AND<br>SUPPORTING DELARATION OF PERRY R. CLARK |

Plaintiff Positive Technologies, Inc. and Defendants Amazon.com, Inc. and Barnes & Noble, Inc., hereby stipulate and respectfully request the following time modifications with respect to the Motion to Amend/Correct Invalidity Contentions filed by Amazon and Barnes & Noble (Doc. 377):

1. Deadline for Positive to file its response in opposition changed to NOVEMBER 30, 2012 from NOVEMBER 21, 2012;

2. Deadline for reply changed to DECEMBER 21, 2012 from NOVEMBER 28, 2012; and,

3. Motion hearing date changed to JANUARY 25, 2012 from DECEMBER 21, 2012.

As set forth in the accompanying declaration of Perry Clark, the reason for the requested time modifications is to accommodate the upcoming Thanksgiving, Christmas, and New Year holidays. There have been no previous time modifications in this case related to the Motion to Amend/Correct Invalidity Contentions (Doc. 377). The requested time modifications will have no impact on the schedule for the case, other than with respect to the hearing date and briefing schedule for the Motion to Amend/Correct Invalidity Contentions (Doc. 377).

Respectfully Submitted,

Dated: November 13, 2012

ATTORNEYS FOR PLAINTIFF
POSITIVE TECHNOLOGIES, INC.

/S/ *Perry Clark*
Perry R. Clark
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

| | |
|---|---|
| 1 | |
| 2 | J. Scott Denko (*Pro Hac Vice*) |
|   | (Texas State Bar No. 00792457) |
| 3 | Bradley D. Coburn (*Pro Hac Vice*) |
|   | (Texas State Bar No. 24036377) |
| 4 | DENKO COBURN LAUFF LLP |
|   | 1501 S MoPac Expy; Ste. A315 |
| 5 | Austin, Texas 78746 |
|   | Telephone: (512) 906-2074 |
| 6 | Facsimile: (512) 906-2075 |
| 7 | Email: denko@dcllegal.com |
|   | coburn@dcllegal.com |
| 8 | lauff@dcllegal.com |
| 9 | |
| 10 | ATTORNEYS FOR DEFENDANT |
|    | AMAZON.COM, INC. |
| 11 | |
|    | _____/S/ *Andy Mason*_____ |
| 12 | Stephen J. Joncus |
|    | John D. Vandenberg |
| 13 | Philip Warrick |
|    | KLARQUIST SPARKMAN, LLP |
| 14 | 121 S.W. Salmon Street, Suite 1600 |
|    | Portland, OR 97204-2988 |
| 15 | Telephone: 503-595-5300 |
|    | Facsimile: 503-595-5301 |
| 16 | Email: stephen.joncus@klarquist.com |
| 17 |        john.vandenberg@klarquist.com |
|    |        philip.warrick@klarquist.com |
| 18 | |
| 19 | Edward C. Duckers |
|    | Craig A. Carnes, Jr. |
| 20 | STOEL RIVES LLP |
|    | 555 Montgomery Street, Suite 1288 |
| 21 | San Francisco, CA 94111 |
|    | Telephone: (415) 617-8900 |
| 22 | Facsimile : (415) 617-8907 |
| 23 | Email: ecduckers@stoel.com |
|    |        cacarnes@stoel.com |
| 24 | |
| 25 | ATTORNEYS FOR DEFENDANT |
|    | BARNES & NOBLE, INC. |
| 26 | |
| 27 | _____/S/ *William Baker*_____ |
|    | Steven D. Hemminger |
| 28 | Jennifer Liu |

| | |
|---|---|
| 1 | Palani P. Rathinasamy |
| 2 | Alston & Bird LLP |
| | 275 Middlefield Road, Suite 150 |
| 3 | Menlo Park, CA  94025-4008 |
| | 650/838-2000 |
| 4 | Fax:  650/838-2001 |
| | steve.hemminger@alston.com |
| 5 | celine.liu@alston.com |
| | palani.rathinasamy@alston.com |
| 6 | |
| 7 | William H. Baker |
| | Alston & Bird LLP |
| 8 | 90 Park Avenue |
| | New York, New York 10016-1387 |
| 9 | 212/210-9400 |
| | Fax:  212/210-9444 |
| 10 | bill.baker@alston.com |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   11/13/12

*[signature: Susan Illston]*

Hon. Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER
AND SUPPORTING DECL.
CASE NO.: 11-CV-2226 SI (NC)

PAGE 4

**CERTIFICATION PURSUANT TO CIVIL L.R. 5-1(i)(3)**

I, Perry R. Clark, attest that the above identified signatories for the parties have concurred in the filing of this document.

Dated: November 13, 2012                              /S/ *Perry Clark*
                                                                        Perry Clark

1  Perry R. Clark
   California Bar No. 197101
2  LAW OFFICES OF PERRY R. CLARK
3  825 San Antonio Road
   Palo Alto, CA 94303
4  Tel: (650) 248-5817
   Fax: (650) 618-8533
5  perry@perryclarklaw.com

6  J. Scott Denko, *pro hac vice*
   Texas State Bar No. 00792457
7  Bradley D. Coburn, *pro hac vice*
   Texas State Bar No. 24036377
8  DENKO COBURN LAUFF LLP
9  1501 S MoPac Expy; Ste. A315
   Austin, Texas 78746
10 Tel: (512) 906-2074
   Fax: (512) 906-2075
11 denko@dcllegal.com
   coburn@dcllegal.com
12

13 Counsel for Plaintiff
   **POSITIVE TECHNOLOGIES, INC.**
14

15 *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

16

17
                **IN THE UNITED STATES DISTRICT COURT**
18              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
19

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., | CASE NO. 11-cv-2226 SI (NC) |
| Plaintiff | |
| v. | DECLARATION OF PERRY R. CLARK |
| SONY ELECTRONICS, INC., AMAZON.COM, INC., AND BARNES & NOBLE, INC. | |
| Defendants. | |

I, Perry Clark, declare:

1. I am an attorney representing Plaintiff Positive Technologies, Inc. in this action and submit this declaration in support of the foregoing stipulated request by Positive and Defendants Amazon.com, Inc. and Barnes & Noble, Inc., for certain time modifications with respect to the Motion to Amend/Correct Invalidity Contentions filed by Amazon and Barnes & Noble (Doc. 377):

2. The reason for the requested time modifications is to accommodate for the upcoming Thanksgiving, Christmas, and New Year holidays.  There have been no previous time modifications in this case related to the Motion to Amend/Correct Invalidity Contentions (Doc. 377).  The requested time modifications will have no impact on the schedule for the case, other than with respect to the hearing date and briefing schedule for the Motion to Amend/Correct Invalidity Contentions (Doc. 377).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2012

                                              /S/ *Perry Clark*
                                              Perry R. Clark
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com