IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., | No. C 11-2226 SI |
| Plaintiff, | **ORDER OF REFERRAL; VACATING HEARING** |
| v. | |
| SONY ELECTRONICS, INC., et al., | |
| Defendants. | |

The parties have several complex discovery disputes and related motions pending before the Court. *See* Docket Nos. 375, 380, 381 and 384. Pursuant to Northern District Civil Local Rule 72-1, these matters, and all further discovery disputes in this matter, are HEREBY REFERRED to a randomly assigned Magistrate Judge for resolution. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy at 415-522-2028. The Court also hereby VACATES the hearing on discovery disputes currently set for December 21, 2012.

**IT IS SO ORDERED.**

Dated: December 18, 2012

SUSAN ILLSTON
United States District Judge