United States District Court
Northern District of California

**POSITIVE TECHNOLOGIES, INC.,**

    **Plaintiff,**

    **v.**

**SONY ELECTRONICS, INC, et al.,**

    **Defendants.**

**Case No.: 11-cv-2226 SI (KAW)**

**ORDER**

This case has been referred to the undersigned for all discovery disputes. Defendants Amazon.com and Barnes & Noble and Plaintiff have filed a joint statement regarding Defendants' motion for a protective order barring Plaintiff's discovery of sales and revenue information for Defendants' non-accused products and services. *See* Dkt # 375 (joint statement), 386 (order for further briefing), 387 (Plaintiff's supplemental brief), 390 (Defendants' reply).

Plaintiff and Defendant Barnes & Noble have filed a joint statement regarding the production of technical documents and sales and marketing documents. *See* Dkt # 380 (joint statement).

These disputes are hereby set for hearing before the undersigned on February 7, 2013 at 11:00 a.m., in Courtroom 4 of the United States District Courthouse, located at 1301 Clay Street, Oakland, California, 94612.

IT IS SO ORDERED.

**Dated: January 24, 2013**

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**