United States District Court
Northern District of California

**POSITIVE TECHNOLOGIES, INC.,**

    **Plaintiff,**

    **v.**

**SONY ELECTRONICS, INC, et al.,**

    **Defendants.**

**Case No.: 11-cv-2226 SI (KAW)**

**ORDER**

Plaintiff and Defendant Barnes & Noble have filed a joint statement regarding the production of technical documents and sales and marketing documents, which is currently set for hearing on February 7, 2013. *See* Dkt # 380. The joint statement, which was filed in November of last year, indicates that some, if not all, of the parties' disputes may be resolved through Barnes & Noble's rolling production of documents.

No later than January 31, 2013, the parties shall submit a supplemental joint letter, which shall not exceed five pages, explaining which issues raised in the joint statement are still unresolved.

IT IS SO ORDERED.

**Dated: January 25, 2013**

**KANDIS A. WESTMORE**
**UNITED STATES MAGISTRATE JUDGE**