Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Positive Technologies, Inc.

Plaintiff

Case No: 3:11-CV-02226

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

v.

Sony Electronics, Inc., et al.,

CIVIL LOCAL RULE 11-3

Defendant

I, John Marcus Bustamante, an active member in good standing of the bar of the State of Texas, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Positive Technologies, Inc. in the above-entitled action. My local co-counsel in this case is Perry R. Clark, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| | |
|---|---|
| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| DENKO COBURN LAUFF LLP<br>1501 S. MoPac Expy, Suite A315<br>Austin, Texas 78746 | LAW OFFICES OF PERRY R. CLARK<br>825 San Antonio Road<br>Palo Alto, California 94303 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 512-906-2074 | 650-248-5817 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| bustamante@dcllegal.com | perry@perryclarklaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24040618

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 4, 2013

John Marcus Bustamante

APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John Marcus Bustamante is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/5/13

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                    PROHACPRO

# STATE BAR OF TEXAS



Office of The Chief Disciplinary Counsel

March 01, 2013

RE: **Mr. John Marcus Bustamante**
State Bar Number - **24040618**

To Whom it May Concern:

This is to certify that Mr. John Marcus Bustamante was licensed to practice law in Texas on November 06, 2003 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Linda A. Acevedo
Chief Disciplinary Counsel

LA/dh



P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222