IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., | No. C 11-2226 SI |
| Plaintiff, | **ORDER DENYING DEFENDANTS' MOTIONS FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE** |
| v. | |
| SONY ELECTRONICS, INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2, defendants Amazon.com, Inc. and Barnes & Noble, Inc. have separately moved for relief from Magistrate Judge Westmore's February 26, 2013 Order Permitting Discovery of Sales Information for Non-Accused Products. *See* Docket No. 427. The Court has reviewed the parties' papers and Judge Westmore's careful analysis of the discovery dispute underlying the motions. For the reasons set forth in Judge Westmore's Order, the Court DENIES defendants' motions for relief. This Order resolves Docket Nos. 434 and 435.

**IT IS SO ORDERED.**

Dated: March 13, 2013

SUSAN ILLSTON
United States District Judge