IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POSITIVE TECHNOLOGIES, INC., | No. C 11-2226 SI |
| Plaintiff, | **ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE ORDER OF MAGISTRATE JUDGE; GRANTING REQUEST FOR EXTENSION OF TIME TO COMPLY** |
| v. | |
| AMAZON.COM, INC., et al., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2, defendant Barnes & Noble, Inc. has moved for relief from and for a stay of Magistrate Judge Westmore's March 25, 2013 Order Granting Plaintiff's Request to Compel Discovery. *See* Docket No. 438. The Court has reviewed the parties' papers and Judge Westmore's careful analysis of the discovery dispute underlying the motion. For the reasons set forth in Judge Westmore's Order, the Court DENIES defendant's motion for relief and GRANTS defendant's request for an extension of time, **two weeks from the date of this Order**, to comply with Judge Westmore's Order. This Order resolves Docket No. 441.

**IT IS SO ORDERED.**

Dated: April 30, 2013

SUSAN ILLSTON
United States District Judge