J. Scott Denko (*Pro Hac Vice*) (Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*) (Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*) (Texas State Bar No. 24013011)
DENKO COBURN LAUFF LLP
3811 Bee Cave Road, Suite 204
Austin, Texas 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
       coburn@dcllegal.com
       lauff@dcllegal.com

Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | Case No.: 11-CV-2226 SI (KAW) |
| Plaintiff, | |
| vs. | **NOTICE RE: SETTLEMENT BETWEEN PLAINTIFF POSITIVE AND DEFENDANT BARNES & NOBLE** |
| **AMAZON.COM, INC., and BARNES & NOBLE, INC.,** | |
| Defendants. | |

NOTICE
Case No.: 11-CV-2226 SI (KAW)

As a result of continuing settlement discussions, Plaintiff Positive Technologies, Inc. and Defendant Barnes & Noble, Inc. ("Barnes & Noble") agreed to settle. After Plaintiff Positive and Defendant Barnes & Noble complete the final documentation of terms, they anticipate filing a stipulation of dismissal of all of their respective claims as to each other consistent with such terms.

Respectfully submitted,

Dated: June 21, 2013

ATTORNEYS FOR PLAINTIFF POSITIVE TECHNOLOGIES, INC.

   /S/
J. Scott Denko (*Pro Hac Vice*)
(Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*)
(Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*)
(Texas State Bar No. 24013011)
DENKO COBURN LAUFF LLP
3811 Bee Cave Road, Suite 204
Austin, Texas 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
coburn@dcllegal.com
lauff@dcllegal.com

Perry R. Clark
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

NOTICE
Case No.: 11-CV-2226 SI (KAW)                                    1

|   |   |
|---|---|
| 1 | ATTORNEYS FOR DEFENDANT BARNES & NOBLE, INC. |
| 2 |   |
| 3 |    /S/ <br> William H. Baker (State Bar No. 53102) |
| 4 | Alston & Bird LLP <br> 90 Park Avenue |
| 5 | New York, New York 10016-1387 <br> bill.baker@alston.com |
| 6 | Rachel Capoccia (State Bar No. 187160) |
| 7 | Alston & Bird LLP <br> 333 South Hope Street, 16th Floor |
| 8 | Los Angeles, CA 90071 <br> rachel.capoccia@alston.com |
| 9 | Steven D. Hemminger (State Bar No. 110665) |
| 10 | Jennifer Liu (State Bar No. 268990) <br> Alston & Bird LLP |
| 11 | 275 Middlefield Road, Suite 150 <br> Menlo Park, CA  94025-4008 |
| 12 | steve.hemminger@alston.com <br> celine.liu@alston.com |

NOTICE
Case No.: 11-CV-2226 SI (KAW)             2