J. Scott Denko (*Pro Hac Vice*) (Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*) (Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*) (Texas State Bar No. 24013011)
DENKO COBURN LAUFF LLP
3811 Bee Cave Road, Suite 204
Austin, Texas 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
       coburn@dcllegal.com
       lauff@dcllegal.com

Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** ) <br>              **Plaintiff,** ) <br> ) <br>     vs.    ) <br> ) <br> **AMAZON.COM, INC., and BARNES &** ) <br> **NOBLE, INC.,** ) <br> ) <br>              **Defendants.** ) <br> **)** | **Case No.: 11-CV-2226 SI (KAW)** <br><br> **STIPULATION AND [PROPOSED]** <br> **ORDER FOR TWO WEEK** <br> **CONTINUANCE OF FURTHER CASE** <br> **MANAGEMENT CONFERENCE** |

STIPULATION
Case No.: 11-CV-2226 SI (KAW)

1  Plaintiff Positive Technologies, Inc. and Defendant Barnes & Noble, Inc., hereby

2 stipulate and respectfully request a two week continuance of the Further Case Management

3 Conference set for June 28, 2013 (per the Court's February 22, 2013 Civil Pretrial Minutes (Doc.

4 421)).

5  The parties request this continuance because they have agreed in-principle to settle this

6 case.

7  Accordingly, the parties stipulate and respectfully request that the Court continue the

8 Case Management Conference from June 28, 2013 to **July 12, 2013**, or as soon thereafter as is

9 convenient for the Court.

10

Respectfully Submitted,

11
Dated:  June 21, 2013

12

ATTORNEYS FOR PLAINTIFF
13 POSITIVE TECHNOLOGIES, INC.

14            /S/
         Perry R. Clark
15 LAW OFFICES OF PERRY R. CLARK
   825 San Antonio Road
16 Palo Alto, CA 94303
   Telephone: (650) 248-5817
17 Facsimile: (650) 618-8533
   Email: perry@perryclarklaw.com
18
   J. Scott Denko (*Pro Hac Vice*)
19 (Texas State Bar No. 00792457)
   Bradley D. Coburn (*Pro Hac Vice*)
20 (Texas State Bar No. 24036377)
   DENKO COBURN LAUFF LLP
21 3811 Bee Cave Road
   Suite 204
22 Austin, Texas 78746
   Tel:  (512) 906-2074
23 Fax:  (512) 906-2075
   denko@dcllegal.com
24 coburn@dcllegal.com

25 STIPULATION
   Case No.: 11-CV-2226 SI (KAW)                    1

ATTORNEYS FOR DEFENDANT
BARNES & NOBLE, INC.

_____/S/_____
Steven D. Hemminger
Celine Liu
Palani P. Rathinasamy
Alston & Bird LLP
275 Middlefield Road, Suite 150
Menlo Park, CA  94025-4008
650/838-2000
Fax:  650/838-2001
steve.hemminger@alston.com
celine.liu@alston.com
palani.rathinasamy@alston.com

William H. Baker
Alston & Bird LLP
90 Park Avenue
New York, New York 10016-1387
212/210-9400
Fax:  212/210-9444
bill.baker@alston.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

_____
Hon. Susan Illston
United States District Judge