1 | J. Scott Denko (*Pro Hac Vice*) (Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*) (Texas State Bar No. 24036377)
2 | Steven J. Lauff (*Pro Hac Vice*) (Texas State Bar No. 24013011)
DENKO COBURN LAUFF LLP
3 | 3811 Bee Cave Road, Suite 204
Austin, Texas 78746
4 | Telephone: (512) 906-2074
Facsimile: (512) 906-2075
5 | Email: denko@dcllegal.com
         coburn@dcllegal.com
6 |      lauff@dcllegal.com

7 | Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
8 | 825 San Antonio Road
Palo Alto, CA 94303
9 | Telephone: (650) 248-5817
Facsimile: (650) 618-8533
10 | Email: perry@perryclarklaw.com

11 | *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

12 | Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | Case No.: 11-CV-2226 SI (KAW) |
| Plaintiff, | |
| vs. | STIPULATION AND [P~~ROPOSE~~D] ORDER FOR TWO WEEK CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE |
| **AMAZON.COM, INC., and BARNES & NOBLE, INC.,** | |
| Defendants. | |

STIPULATION
Case No.: 11-CV-2226 SI (KAW)

1    Plaintiff Positive Technologies, Inc. and Defendant Barnes & Noble, Inc., hereby

2 stipulate and respectfully request a two week continuance of the Further Case Management

3 Conference set for June 28, 2013 (per the Court's February 22, 2013 Civil Pretrial Minutes (Doc.

4 421)).

5    The parties request this continuance because they have agreed in-principle to settle this

6 case.

7    Accordingly, the parties stipulate and respectfully request that the Court continue the

8 Case Management Conference from June 28, 2013 to **July 12, 2013**, or as soon thereafter as is

9 convenient for the Court.

Respectfully Submitted,

Dated:  June 21, 2013

ATTORNEYS FOR PLAINTIFF
POSITIVE TECHNOLOGIES, INC.

/S/
_____
Perry R. Clark
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

J. Scott Denko (*Pro Hac Vice*)
(Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*)
(Texas State Bar No. 24036377)
DENKO COBURN LAUFF LLP
3811 Bee Cave Road
Suite 204
Austin, Texas 78746
Tel:  (512) 906-2074
Fax:  (512) 906-2075
denko@dcllegal.com
coburn@dcllegal.com

STIPULATION
Case No.: 11-CV-2226 SI (KAW)                                  1

ATTORNEYS FOR DEFENDANT
BARNES & NOBLE, INC.

_____/S/_____
Steven D. Hemminger
Celine Liu
Palani P. Rathinasamy
Alston & Bird LLP
275 Middlefield Road, Suite 150
Menlo Park, CA  94025-4008
650/838-2000
Fax:  650/838-2001
steve.hemminger@alston.com
celine.liu@alston.com
palani.rathinasamy@alston.com

William H. Baker
Alston & Bird LLP
90 Park Avenue
New York, New York 10016-1387
212/210-9400
Fax:  212/210-9444
bill.baker@alston.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:          6/21/13

_____
   Hon. Susan Illston
United States District Judge

STIPULATION
Case No.: 11-CV-2226 SI (KAW)                                2