J. Scott Denko (*Pro Hac Vice*) (Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*) (Texas State Bar No. 24036377)
Steven J. Lauff (*Pro Hac Vice*) (Texas State Bar No. 24013011)
DENKO COBURN LAUFF LLP
3811 Bee Cave Road, Suite 204
Austin, Texas 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
       coburn@dcllegal.com
       lauff@dcllegal.com

Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

*ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,**  <br>       **Plaintiff,**  <br><br>vs.  <br><br>**AMAZON.COM, INC., and BARNES & NOBLE, INC.,**  <br><br>       **Defendants.** | Case No.: 11-CV-02226 SI (KAW)  <br><br>**STIPULATION AND [PROPOSED] ORDER FOR A THREE-WEEK CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE** |

1    Plaintiff Positive Technologies, Inc. and Defendant Barnes & Noble, Inc., hereby
2    stipulate and respectfully request a three-week continuance of the Case Management Conference
3    currently set for July 12, 2013.
4    The parties previously stipulated to and requested a continuance from June 28 to July 12,
5    2013.  The Court so Ordered on June 25, 2013 (Doc. 449).  The parties now request a further
6    continuance to allow time sufficient for performance of the now-executed settlement agreement
7    between Barnes & Noble and Positive after which the parties will stipulate to and request
8    dismissal of their respective claims.
9    Accordingly, the parties stipulate and respectfully request that the Court continue the
10   Case Management Conference from July 12, 2013 to **August 3, 2013**, or as soon thereafter as is
11   convenient for the Court.

13   Dated:  July 1, 2013                              Respectfully Submitted,

14                                                    ATTORNEYS FOR PLAINTIFF
                                                      POSITIVE TECHNOLOGIES, INC.

                                                      */s/ J. Scott Denko*
16                                                           J. Scott Denko

17                                                    J. Scott Denko (*Pro Hac Vice*)
                                                      (Texas State Bar No. 00792457)
18                                                    Bradley D. Coburn (*Pro Hac Vice*)
                                                      (Texas State Bar No. 24036377)
19                                                    DENKO COBURN LAUFF LLP
                                                      3811 Bee Cave Road
20                                                    Suite 204
                                                      Austin, Texas 78746
21                                                    Tel:  (512) 906-2074

22                                                    LAW OFFICES OF PERRY R. CLARK
                                                      825 San Antonio Road
23                                                    Palo Alto, CA 94303
                                                      Telephone: (650) 248-5817
24                                                    Facsimile: (650) 618-8533

- 1 -

STIPULATION AND [PROPOSED]                                   Case No.: 11-CV-02226 SI (KAW)
ORDER FOR A THREE-WEEK CONTINUANCE
OF FURTHER CMC

| | |
|---|---|
| 1 | Email: perry@perryclarklaw.com |
| | Fax: (512) 906-2075 |
| 2 | denko@dcllegal.com |
| | coburn@dcllegal.com |
| 3 | |
| 4 | ATTORNEYS FOR DEFENDANT |
| | BARNES & NOBLE, INC. |
| 5 | |
| | */s/ William H. Baker* |
| 6 | William H. Baker (SBN 53102) |
| | Alston & Bird LLP |
| 7 | 90 Park Avenue |
| | New York, NY 10016-1387 |
| 8 | Tel: (212) 210-9400 |
| | Fax: (212) 210-9444 |
| 9 | bill.baker@alston.com |
| 10 | Rachel Capoccia (SBN 187160) |
| | Alston & Bird LLP |
| 11 | 333 South Hope Street, 16th Floor |
| | Los Angeles, CA 90071-3004 |
| 12 | Tel: (213) 576-1000 |
| | Fax: (213) 576-1100 |
| 13 | rachel.capoccia@alston.com |
| 14 | Steven D. Hemminger (SBN 110665) |
| | Alston & Bird LLP |
| 15 | 275 Middlefield Road, Suite 150 |
| | Menlo Park, CA 94025-4008 |
| 16 | Tel: (650) 838-2000 |
| | Fax: (650) 838-2001 |
| 17 | steve.hemminger@alston.com |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
Hon. Susan Illston
United States District Judge

- 2 -

STIPULATION AND [PROPOSED]
ORDER FOR A THREE-WEEK CONTINUANCE
OF FURTHER CMC

Case No.: 11-CV-02226 SI (KAW)