1  J. Scott Denko (*Pro Hac Vice*) (Texas State Bar No. 00792457)
   Bradley D. Coburn (*Pro Hac Vice*) (Texas State Bar No. 24036377)
2  Steven J. Lauff (*Pro Hac Vice*) (Texas State Bar No. 24013011)
   DENKO COBURN LAUFF LLP
3  3811 Bee Cave Road, Suite 204
   Austin, Texas 78746
4  Telephone: (512) 906-2074
   Facsimile: (512) 906-2075
5  Email: denko@dcllegal.com
          coburn@dcllegal.com
6         lauff@dcllegal.com

7  Perry R. Clark (California Bar No. 197101)
   LAW OFFICES OF PERRY R. CLARK
8  825 San Antonio Road
   Palo Alto, CA 94303
9  Telephone: (650) 248-5817
   Facsimile: (650) 618-8533
10 Email: perry@perryclarklaw.com

11 *ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE*

12 Counsel for Plaintiff
   POSITIVE TECHNOLOGIES, INC.
13

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17
   **POSITIVE TECHNOLOGIES, INC.,**       )  **Case No.: 11-CV-02226 SI (KAW)**
18           **Plaintiff,**               )
                                          )  **STIPULATION AND [**~~PROPOSED~~**]**
19        vs.                             )  **ORDER FOR A THREE-WEEK**
                                          )  **CONTINUANCE OF FURTHER CASE**
20 **AMAZON.COM, INC., and BARNES &**     )  **MANAGEMENT CONFERENCE**
   **NOBLE, INC.,**                       )
21                                        )
              **Defendants.**             )
22 _____)

23

24

25 STIPULATION AND [PROPOSED]                    Case No.: 11-CV-02226 SI (KAW)
   ORDER FOR A THREE-WEEK CONTINUANCE
   OF FURTHER CMC

Plaintiff Positive Technologies, Inc. and Defendant Barnes & Noble, Inc., hereby stipulate and respectfully request a three-week continuance of the Case Management Conference currently set for July 12, 2013.

The parties previously stipulated to and requested a continuance from June 28 to July 12, 2013.  The Court so Ordered on June 25, 2013 (Doc. 449).  The parties now request a further continuance to allow time sufficient for performance of the now-executed settlement agreement between Barnes & Noble and Positive after which the parties will stipulate to and request dismissal of their respective claims.

Accordingly, the parties stipulate and respectfully request that the Court continue the Case Management Conference from July 12, 2013 to **August 3, 2013**, or as soon thereafter as is convenient for the Court.

Dated:  July 1, 2013

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
POSITIVE TECHNOLOGIES, INC.

*/s/ J. Scott Denko*
                    J. Scott Denko

J. Scott Denko (*Pro Hac Vice*)
(Texas State Bar No. 00792457)
Bradley D. Coburn (*Pro Hac Vice*)
(Texas State Bar No. 24036377)
DENKO COBURN LAUFF LLP
3811 Bee Cave Road
Suite 204
Austin, Texas 78746
Tel:  (512) 906-2074

LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533

STIPULATION AND [PROPOSED]
ORDER FOR A THREE-WEEK CONTINUANCE
OF FURTHER CMC

Case No.: 11-CV-02226 SI (KAW)

Email: perry@perryclarklaw.com
Fax: (512) 906-2075
denko@dcllegal.com
coburn@dcllegal.com

ATTORNEYS FOR DEFENDANT
BARNES & NOBLE, INC.

*/s/ William H. Baker*
William H. Baker (SBN 53102)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016-1387
Tel: (212) 210-9400
Fax: (212) 210-9444
bill.baker@alston.com

Rachel Capoccia (SBN 187160)
Alston & Bird LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-3004
Tel: (213) 576-1000
Fax: (213) 576-1100
rachel.capoccia@alston.com

Steven D. Hemminger (SBN 110665)
Alston & Bird LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Tel: (650) 838-2000
Fax: (650) 838-2001
steve.hemminger@alston.com

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 7/2/13

_____
Hon. Susan Illston
United States District Judge

- 2 -

STIPULATION AND [PROPOSED]
ORDER FOR A THREE-WEEK CONTINUANCE
OF FURTHER CMC

Case No.: 11-CV-02226 SI (KAW)