1  J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
   Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
2  Steven J. Lauff (Texas State Bar No. 24013011) (*Pro Hac Vice*)
   John Marcus Bustamante (Texas State Bar No. 24040618) (*Pro Hac Vice*)
3  Sherri A. Wilson (Texas State Bar No. 24075291) (*Pro Hac Vice*)
   DENKO COBURN LAUFF LLP
4  3811 Bee Cave Road, Suite 204
   Austin, TX 78746
5  Telephone: (512) 906-2074
   Facsimile: (512) 906-2075
6  Email: denko@dcllegal.com
          coburn@dcllegal.com
7         lauff@dcllegal.com
          bustamante@dcllegal.com
8         wilson@dcllegal.com

9  Perry R. Clark (California Bar No. 197101)
   LAW OFFICES OF PERRY R. CLARK
10 825 San Antonio Road
   Palo Alto, CA 94303
11 Telephone: (650) 248-5817
   Facsimile: (650) 618-8533
12 Email: perry@perryclarklaw.com

13 Counsel for Plaintiff
   POSITIVE TECHNOLOGIES, INC.

14

15                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
16                         **SAN FRANCISCO DIVISION**

17 **POSITIVE TECHNOLOGIES, INC.,**      )
                                          )
18             Plaintiff,                 )  **Case No.: 11-CV-2226 SI (KAW)**
                                          )
19     vs.                                )  **STIPULATION OF DISMISSAL OF**
                                          )  **BARNES & NOBLE, INC.**
20 **AMAZON.COM, INC., AND BARNES &**    )
   **NOBLE, INC.,**                      )
21                                        )
               Defendants.                )
22 _____ )

23

24

STIPULATION OF DISMISSAL OF BARNES & NOBLE
Case No.: 11-CV-2226 SI (KAW)

Plaintiff Positive Technologies, Inc. ("Positive") and Defendant Barnes & Noble, Inc. ("Barnes & Noble"), by their respective undersigned attorneys hereby stipulate that their respective claims against each other be, and hereby are, dismissed with prejudice with each of Positive and Barnes & Noble to bear its own costs and expenses including attorneys' fees.

Dated:  July 10, 2013

Respectfully submitted,

| /s/ William H. Baker | /s/ J. Scott Denko |
|---|---|
| William H. Baker<br>(California Bar No. 53102)<br>Alston & Bird LLP<br>90 Park Avenue<br>New York, New York 10016-1387<br>bill.baker@alston.com<br><br>Rachel Capoccia<br>(California Bar No. 187160)<br>Alston & Bird LLP<br>333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071<br>rachel.capoccia@alston.com<br><br>Steven D. Hemminger<br>(California Bar No. 110665)<br>Jennifer Liu<br>(California Bar No. 268990)<br>Alston & Bird LLP<br>275 Middlefield Road, Suite 150<br>Menlo Park, CA  94025-4008<br>steve.hemminger@alston.com<br>celine.liu@alston.com<br><br>**ATTORNEYS FOR DEFENDANT BARNES & NOBLE, INC.** | J. Scott Denko (*pro hac vice*)<br>(Texas State Bar No. 00792457)<br>Bradley D. Coburn (*pro hac vice*)<br>(Texas State Bar No. 24036377)<br>Steven J. Lauff (*pro hac vice*)<br>(Texas State Bar No. 24013011)<br>John Marcus Bustamante (*pro hac vice*)<br>(Texas State Bar No. 24040618)<br>Sherri A Wilson (*pro hac vice*)<br>(Texas State Bar No. 24075291)<br>DENKO COBURN LAUFF LLP<br>3811 Bee Cave Road, Suite 204<br>Austin, TX 78746<br>Telephone: (512) 906-2074<br>Facsimile: (512) 906-2075<br>Email: denko@dcllegal.com<br>coburn@dcllegal.com<br>lauff@dcllegal.com<br>bustamante@dcllegal.com<br>wilson@dcllegal.com<br><br>Perry R. Clark<br>(California Bar No. 197101)<br>LAW OFFICES OF PERRY R. CLARK<br>825 San Antonio Road<br>Palo Alto, CA 94303<br>Telephone: (650) 248-5817<br>Facsimile: (650) 618-8533<br>Email: perry@perryclarklaw.com<br><br>**ATTORNEYS FOR PLAINTIFF POSITIVE TECHNOLOGIES, INC.** |

STIPULATION OF DISMISSAL OF BARNES & NOBLE
Case No.: 11-CV-2226 SI  (KAW)

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated this ___18th___ day of ___July_____, 2013

_____
Hon. Susan Illston
United States District Judge

STIPULATION OF DISMISSAL OF BARNES & NOBLE
Case No.: 11-CV-2226 SI (KAW)