J. Scott Denko (Texas State Bar No. 00792457) (*Pro Hac Vice*)
Bradley D. Coburn (Texas State Bar No. 24036377) (*Pro Hac Vice*)
Steven J. Lauff (Texas State Bar No. 24013011) (*Pro Hac Vice*)
John Marcus Bustamante (Texas State Bar No. 24040618) (*Pro Hac Vice*)
Sherri A. Wilson (Texas State Bar No. 24075291) (*Pro Hac Vice*)
DENKO COBURN LAUFF LLP
3811 Bee Cave Road, Suite 204
Austin, TX 78746
Telephone: (512) 906-2074
Facsimile: (512) 906-2075
Email: denko@dcllegal.com
       coburn@dcllegal.com
       lauff@dcllegal.com
       bustamante@dcllegal.com
       wilson@dcllegal.com

Perry R. Clark (California Bar No. 197101)
LAW OFFICES OF PERRY R. CLARK
825 San Antonio Road
Palo Alto, CA 94303
Telephone: (650) 248-5817
Facsimile: (650) 618-8533
Email: perry@perryclarklaw.com

Counsel for Plaintiff
POSITIVE TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **POSITIVE TECHNOLOGIES, INC.,** | Case No.: 11-CV-2226 SI (KAW) |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER FOR FOUR WEEK CONTINUANCE OF FURTHER CASE MANAGEMENT CONFERENCE |
| vs. | |
| **AMAZON.COM, INC.,** | |
| Defendant. | |

1    Plaintiff Positive Technologies, Inc. and Defendant Amazon.com, Inc., hereby stipulate
2 and respectfully request a four-week continuance of the Case Management Conference currently
3 set for August 2, 2013.

4    The parties previously stipulated to and requested a continuance from July 12, 2013 to
5 August 3, 2013.  The Court Ordered on July 2, 2013 (Doc. 451) to continue the Case
6 Management Conference to August 2, 2013.  The parties now request a further continuance to
7 allow time sufficient for performance of the settlement agreement between Amazon and
8 Positive after which the parties will stipulate to and request dismissal of their respective claims.

9    Accordingly, the only parties remaining in this case (Positive and Amazon) stipulate and
10 respectfully request that the Court continue the Case Management Conference from August 2,
11 2013 to ~~August 30, 2013~~ `September 6, 2013`, or as soon thereafter as is convenient for the Court.

|  |  |
|---|---|
| | Respectfully Submitted, |
| | ATTORNEYS FOR PLAINTIFF<br>POSITIVE TECHNOLOGIES, INC. |
| Dated:  July 24, 2013 | /S/ *J. Scott Denko*<br>J. Scott Denko (*pro hac vice*)<br>(Texas State Bar No. 00792457)<br>Bradley D. Coburn (*pro hac vice*)<br>(Texas State Bar No. 24036377)<br>DENKO COBURN LAUFF LLP<br>3811 Bee Cave Road, Suite 204<br>Austin, TX 78746<br>Telephone: (512) 906-2074<br>Facsimile: (512) 906-2075<br>Email: denko@dcllegal.com<br>coburn@dcllegal.com |
| | Perry R. Clark<br>LAW OFFICES OF PERRY R. CLARK<br>825 San Antonio Road<br>Palo Alto, CA 94303<br>Telephone: (650) 248-5817<br>Facsimile: (650) 618-8533<br>Email: perry@perryclarklaw.com |

STIPULATION
Case No.: 11-CV-2226 SI (KAW)          1

ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.

/S/ *John D. Vandenberg*
Stephen J. Joncus (*Pro Hac Vice*)
John D. Vandenberg
Philip Warrick (*Pro Hac Vice*)
Andrew M. Mason (*Pro Hac Vice*)
KLARQUIST SPARKMAN, LLP
121 S.W. Salmon Street, Suite 1600
Portland, OR 97204-2988
Telephone: 503-595-5300
Facsimile: 503-595-5301
Email: stephen.joncus@klarquist.com
john.vandenberg@klarquist.com
philip.warrick@klarquist.com
andrew.mason@klarquist.com

Edward C. Duckers
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: (415) 617-8900
Facsimile : (415) 617-8907
Email: ecduckers@stoel.com

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: _____7/25_____, 2013

_____
Hon. Susan Illston
United States District Judge

STIPULATION
Case No.: 11-CV-2226 SI (KAW)                2